**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **FKB LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FKB Studio** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4075991** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2001 Kitty Hawk Ave.** <br> **Building 990** <br> **Philadelphia, PA 19112** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Philadelphia** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.fkb.studio/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **FKB LLC**                                                            Case number (*if known*)
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____5414_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **FKB LLC**
Name _____    Case number (*if known*) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

| 11. | Why is the case filed in *this district*? |
|---|---|

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? |
|---|---|

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors |
|---|---|

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

| 15. | Estimated Assets |
|---|---|

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| 16. | Estimated liabilities |
|---|---|

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **FKB LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **FKB LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2023**
MM / DD / YYYY

**X** **/s/ Clifford James Barlow**                     **Clifford James Barlow**
Signature of authorized representative of debtor        Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Douglas G. Leney**          Date    **May 10, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Douglas G. Leney**
Printed name

**Archer & Greiner, P.C.**
Firm name

**Three Logan Square**
**1717 Arch Street, Suite 3500**
**Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone    **215-246-3151**        Email address    **dleney@archerlaw.com**

**206050 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **FKB LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 10, 2023**   X **/s/ Clifford James Barlow**
                                Signature of individual signing on behalf of debtor

                                **Clifford James Barlow**
                                Printed name

                                **Manager**
                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **FKB LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Phases Electric 6301 Hegerman St. Philadelphia, PA 19135 | | **Trade Debt** | | | | **$25,900.00** |
| Bank of America, N.A. 1600 JFK Blvd. Philadelphia, PA 19103 | | **Corporate Credit Card** | | | | **$21,084.14** |
| CFG Merchant Solutions, LLC 201 Route 17 North Suite 805 Rutherford, NJ 07070 Attn: James P. Rothberg, CEO | | **Loan** | | | | **$35,331.66** |
| Citizens Bank, N.A. One Citizens Plaza Providence, RI 02903 | | **Loan** | | Unknown | Unknown | **$218,227.49 (approx.)** |
| Fessenden Hall, Inc. 1050 Sherman Ave. Pennsauken, NJ 08110 | | **Trade Debt** | | | | **$36,470.95** |
| GNP Design Group 2793 Bristol Pike Suite A Bensalem, PA 19020 | | **Trade Debt** | | | | **$20,700.00** |
| Hard Six, LLC c/o Ballard Spahr LLP 919 N. Market Street 11th Floor Wilmington, DE 19801 Attn: Matthew G. Summers | | **Loan** | | | | **$463,238.00 (approx.)** |
| Impact Loan Fund, Inc. 1952 E. Allegheny Avenue Philadelphia, PA 19134 | | **Loan** | | | | **$52,221.63** |
| Independence Blue Cross P.O. Box 8240 Philadelphia, PA 19101 | | **Insurance** | | | | **$28,398.10** |
| Interior Architects, Inc. 500 Sansome Street 8th Floor San Francisco, CA 94111-3224 | | **Trade Debt** | | | | **$37,188.10** |
| IPFS Corporation 170 Northpointe Pkwy., Ste. 300 Amherst, NY 14228 | | **Insurance** | | | | **$85,251.87 (approx.)** |

Debtor    **FKB LLC**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JPMorgan Chase Bank, N.A. 270 Park Avenue New York, NY 10017 | | **Corporate Credit Card** | | | | **$41,179.33** |
| Kevin F. Farrell 215 Congress Ave. Lansdowne, PA 19050 kevlar@visualinfinity.com | **Cozen O'Connor Attn: Michael Crossey One Liberty Pl. 1650 Market St. Ste. 2800 Philadelphia, PA 19103 mcrossey@cozen.com** | **Loan** | | | | **$181,000.00** |
| Navy Yard Tenant Funds P.A.I.D. PNC Bank P.O. Box 822994 Philadelphia, PA 19192-2994 | | **Rent** | | | | **$106,527.36** |
| Neil Milch 461 Doughty Boulevard Inwood, NY 11096 | | **Loan** | | | | **$311,500.00 (approx.)** |
| RCR Electrical Contractors Inc. 209 W. Broad St. Palmyra, NJ 08065 | | **Trade Debt** | | | | **$51,052.00** |
| Retail Capital LLC dba Credibly 25200 Telegraph Rd., Suite 350 Southfield, MI 48033 | | **Loan** | | | | **$77,006.16** |
| TSC Builders Inc. 50 Steeplechase Dr. Doylestown, PA 18901 | | **Trade Debt** | | | | **$31,568.16** |
| Utica National Insurance Group P.O. Box 6532 Utica, NY 13504-6532 | | **Insurance** | | | | **$57,725.00** |
| Zober Industries 500 Coventry Ave. Croydon, PA 19021 | | **Trade Debt** | | | | **$86,934.00** |

### United States Bankruptcy Court
#### Eastern District of Pennsylvania

In re  **FKB LLC** _____  Case No. _____
Debtor(s)    Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Clifford James Barlow**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Ave.**<br>**Building 990**<br>**Philadelphia, PA 19112** | | | **33.33%** |
| **John Spetrino**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Ave.**<br>**Building 990**<br>**Philadelphia, PA 19112** | | | **33.33%** |
| **Thomas Acciavatti**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Ave.**<br>**Building 990**<br>**Philadelphia, PA 19112** | | | **33.33%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 10, 2023** _____    Signature  **/s/ Clifford James Barlow** _____
**Clifford James Barlow**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **FKB LLC** _____    Case No. _____

                                                    Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May 10, 2023** _____        **/s/ Clifford James Barlow** _____
                                                    **Clifford James Barlow**/**Manager**
                                                    Signer/Title

3A Composites
23160 Network Place,
Chicago, IL 60673-1231


A+L Development
6 Hawthorne Ct,
Cherry Hill, NJ 08003


Aardvark Event Logistics, Inc.
c/o Ballard Spahr LLP
Attn: Matthew Summers
919 N. Market Street, 11th Floor,
Wilmington, DE 19801


Acciavatti, Thomas
4009 School House Ln,
Plymouth Meeting, PA 19462


Acclaim Lighting
6122 S. Eastern Ave,
Los Angeles, CA 90040


ADT Commercial
PO Box 382109,
Pittsburgh, PA 15251-8109


Air Cargo Entertainment Services (ACES)
6355 S. Cimarron Rd
Suite 190,
Las Vegas, NV 89113


Akcay, Seren
2508 Memphis St
Philadelphia, PA 19125


Alferman, Christopher M
172 Shady Brook Circle
Warrington, PA 18976

All Phases Electric
6301 Hegerman St
Philadelphia, PA 19135


All Phases Electric
9015 West Chester Pike
Upper Darby, PA 19082

Amazon
410 Terry Ave N
Seattle, WA 98109


AmTrust E & S Insurance Services, Inc.
160 Federal Street, 3rd Floor
Boston, MA 02109


Archetype Paint Studios
4500 Worth St
Unit F
Philadelphia, PA 19124


Atelier
PO Box 56316
Philadelphia, PA 19130


Automatic Data Processing, Inc.
Attn: Legal Department,
1 ADP Boulevard
Roseland, NJ 07068


B Fabrication
2001 Kitty Hawk Ave
Building 990
Philadelphia, PA 19112


Bank of America
1600 JFK Blvd
Philadelphia, PA 19103


Barlow, Clifford J
5106 Newhall St
Philadelphia, PA 19144


Beckwith, Dylan
2201 Bryn Mawr Ave
Apt 201
Philadelphia, PA 19131


Bibb, Harper
851 Moyer Street
Philadelphia, PA 19125


Biney, Virginia

2552 East Cambria Street
Philadelphia, PA 19134


Blank Rome LLP
One Logan Square
Philadelphia, PA 19103


Bolton, Cathleen
6048 Magnolia Street
Philadelphia, PA 19144


Bruder, Cassandra
3400 J Street
Philadelphia, PA 19134


Burke, Timothy
417 N 41st St
Philadelphia, PA 19104


Burns & Wilcox Ins. Svcs.
101 California St., Ste. 974
San Francisco, CA 94111


Caplan, Benjamin
365 East Cambria Street
Philadelphia, PA 19134


CFG Merchant Solutions, LLC
180 Maiden Lane
15th Floor
New York, NY 10038


CFG Merchant Solutions, LLC
Attn: James P. Rothberg, CEO
201 Route 17 North
Suite 805
Rutherford, NJ 07070


Citizens Bank, N.A.
One Citizens Plaza
Providence, RI 02903


Clifford James Barlow
5106 Newhall St
Philadelphia, PA 19144

CM Restore & Clean
309 Fellowship Rd
Mt Laurel, NJ 08054


Coat of Chrome
316 N. Broadway
Unit# 6,
Wind Gap, PA 18091


Cooper Pest Solutions
PO Box 22302
New York, NY 10087-2302


Cordova, Caleb
4215 Aspen Street
Philadelphia, PA 19104


Corporation Service Company
As representative of First-Citizens
Bank & Trust Company
P.O. Box 2576
Springfield, IL 62708


Cozen O'Connor
Attn: Michael Crossey
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103


Creditibility Capital Inc.
625 Broad Street
Suite 240
Newark, NJ 07102


Cynthia (Cindy) Manning
5106 Newhall St
Philadelphia, PA 19144


Daniel, Fletcher
1838 South Sartain Street
Philadelphia, PA 19148


Delaware River Port Authority
NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

Denise Spetrino
603 Morris Lane
Wallingford, PA 19086


Department of Revenue
City of Philadelphia
Municipal Services Building
1401 John F. Kennedy Blvd.
Philadelphia, PA 19102


Dominion Energy
4747 S Broad St.
Building 101
Philadelphia, PA 19112


Equal Employment Opportunity
Commission (EEOC)
Philadelphia District Office
801 Market St, Suite 100
Philadelphia, PA 19107-3126


ETT Fine Woods
225 Lincoln Hwy
Fairless Hills, PA 19030


Expomobilia
MCH Live Marketing Solutions AG
Im Langhag 2
8307 Effretikon-Zurich
SWITZERLAND 8307


Fessenden Hall Inc
1050 Sherman Ave
Pennsauken, NJ 08110


First-Citizens Bank & Trust Company
155 Commerce Way
Portsmouth, NH 03801


FK Productions
2001 Kitty Hawk Ave
Building 990
Philadelphia, PA 19112


Frankford Plating

2505 Orthodox Street
Philadelphia, PA 19137


Generation 3 Electric
1257 S. 26th St
Philadelphia, PA 19146


Gill Powder Coating
PO Box 365
1340 Ford Rd
Bensalem, PA 19020


GNP Design Group
2793 Bristol Pike
Suite A
Bensalem, PA 19020


Goss, Alec
2319 Hamilton Drive
Voorhees, NJ 08543


Grai, Joshua
1803 N Reese St
Philadelphia, PA 19122


Grapsy, Benjamin
1023 South 10th Street
Philadelphia, PA 19147


Hard Six, LLC
c/o Ballard Spahr LLP
Attn: Matthew Summers
919 N. Market Street, 11th Floor,
Wilmington, DE 19801


Hart & Sons
PO Box 107
Glenolden, PA 19036


Henderson Engineers
111 S. Independence Mall E
Suite 607
Philadelphia, PA 19106


Hoock, Timothy
2309 South Warnock Street

Philadelphia, PA 19148


Idea 247, Inc.
c/o Justin Leto
200 SE 1st St.
Suite 703
Miami, FL 33131


Impact Loan Fund, Inc.
1952 E Allegheny Ave.
3rd Fl
Philadelphia, PA 19134


Independence Blue Cross
Attn: Legal Department
PO BOX 8240
Philadelphia, PA 19101


Interior Architects, Inc.
500 Sansome Street
8th Floor
San Francisco, CA 94111-3224


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


IPFS Corporation
PO Box 412086
Kansas City, MO 64141-2086


IPFS Corporation
170 Northpointe Pkwy.
Ste. 300
Amherst, NY 14228


Irizarry, Ruby
2119 East Clearfield Street
Philadelphia, PA 19134


Italiano, Anthony
6 Adam Court
Mount Holly, NJ 08060


James J. Mc Kay CPA
2530 Turner Road

Willow Grove, PA 19090


Jaros, Emelyn
528 S 2nd St, Apt 419
Philadelphia, PA 19147


JF Martin, Inc.
4170 Richmond Street
Philadelphia, PA 19137


JJSC Consulting LLC
19269 SW Gassner Rd
Beaverton, OR 97007


JK Trash Removal Inc
PO Box 254
Gradyville, PA 19039


John Spetrino
603 Morris Lane
Wallingford, PA 19086


Joseph Fazzio's Inc.
2760 Glassboro-Cross Keys Rd.
Glassboro, NJ 08028


JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017


JR Electric LLC
1258 Durham
New Hope, PA 18938


Kalloo, Erin
1026 Brandywine Blvd
Wilmington, DE 19809


Kauffman, Brooke
1839 Hoffman Street
Philadelphia, PA 19145


Kevin F. Farrell
215 Congress Ave.
Lansdowne, PA 19050

Knabe, Tom
123 Sutton Road
Ardmore, PA 19003


Krall, Emory
926 S 18th St
Philadelphia, PA 19146


Krom, Morgan
6409 Lebanon Avenue
Philadelphia, PA 19151


Kyocera
225 Sand Road
PO Box 40008
Fairfield, NJ 07004-0008


Liberty Display
1500 Kings Highway
Haddon Heights, NJ 08035


Liberty Mutual Insurance Company
PO Box 2839
New York, NY 10116-2839


Liberty Mutual Insurance Company
Ohio Security Insurance Company
512 E. Township Line Rd, Ste. 300
Three Valley Square
Blue Bell, PA 19422


Liberty Mutual Insurance Company
175 Berkeley St 6th Floor
Boston, MA 02116


Lin Engineering
16245 Vineyard Blvd
Morgan Hill, CA 95037


Linneman, Antonio
1308 Pine Street
Philadelphia, PA 19107


Little, Robert

1216 E Sedgely Avenue
Philadelphia, PA 19134


Longenecker, Nicholas
1214 Dorothy Ave
Phoenixville, PA 19460


Manning, Cynthia
5106 Newhall St
Philadelphia, PA 19144


Marcum Accountants
1601 Market St
4th Fl
Philadelphia, PA 19103


Mastromarco & Nitowski Group LLC
7428 Githens Ave
Pennsauken, NJ 08109


McCoy Advising
344 Florence Ave
Warminster, PA 18974


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Merz, Timothy
157 Greenwood Ave
Wyncote, PA 19095


Miller, Ryan
1711 North Stillman Street
Philadelphia, PA 19121


Mitsubishi HC Capital America
7201 Metro Boulevard
Suite 800
Edina, MN 55439


Mitsubishi HC Capital America
P.O. Box 1880
Minneapolis, MN 55480-1880

Monday
6 Yitzhak Sadeh Street
Tel Aviv, ISRAEL 6777506


Muro, Ruby
3150 Richmond Street
Unit 3
Philadelphia, PA 19134


Navarro, Calina
1533 Deal Street
Philadelphia, PA 19124


Navy Yard Tenant Funds
P.A.I.D.
PNC Bank
P.O. Box 822994
Philadelphia, PA 19182-2994


Navy Yard Tenant Funds
4747 South Broad Street
Building 101, Suite 120
Philadelphia, PA 19112


Neal Milch
461 Doughty Boulevard
Inwood, NY 11096


Nicola Brent Finnemore
131 Wythe Ave
Apt 1R
Brooklyn, NY 11249


NJ EZ Pass
PO Box 4971
Trenton, NJ 08650


Northeast Fence & Iron Work
8451 Hegerman St
Philadelphia, PA 19136


Northwestern Mutual
720 E Wisconsin Ave
Milwaukee, WI 53202


Northwestern Mutual Life

Attn: Legal Department
720 E. Wisconsin Avenue
Milwaukee, WI 53202


NU Direction Lending, LLC
Attn: Tammy Baker
2655 Interplex Drive
Ste. 104
Trevose, PA 19053


Office of Attorney General
Commonwealth of Pennsylvania
16th Floor
Strawberry Square
Harrisburg, PA 17120


Office of the United States Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107


Olowu, Princess
6200 Wayne Avenue
Apt A1
Philadelphia, PA 19144


PBA Construction, Inc.
499 Grays Avenue
Philadelphia, PA 19143


Pennsylvania Department of Revenue
PO Box 280904
Harrisburg, PA 17120


Pennsylvania Department of Revenue
PO Box 280905
Harrisburg, PA 17128-0904


Pennsylvania Department of State
302 North Office Building
401 North Street
Harrisburg, PA 17120


Pennway Corporation
1003 Washington Ave
Croydon, PA 19021

Pestorius, Taylor
1319 Ellsworth Street
Philadelphia, PA 19147


Philadelphia Gas Works
1601 S Broad St
Philadelphia, PA 19148


Philadelphia Water Department
1101 Market St
5th Floor
Philadelphia, PA 19107


Philly Wisper
PO Box 3798
Philadelphia, PA 19125


PhillyWide Disposal
91 Quail Hollow Dr.
Sewell, NJ 08080


Pieri Scott
305 Broadway
7th Fl.
New York, NY 10007


Pikulski, Marc
1325 E Susquehanna Ave.
Philadelphia, PA 19125


Plaza American 2800 LLC
2727 N American St.
Philadelphia, PA 19133


PNC Bank, N.A.
510 N 6th St.
Philadelphia, PA 19123


Polidoro, Madison
351 Gladstone Street
Philadelphia, PA 19148


Portillo-Juarez, Elmer
351 Gladstone St
Philadelphia, PA 19147

Quality Fuel
550 Crescent Blvd.
West Collingswood, NJ 08107


Quickparts Acquisition, Inc. (US)
620 S Industrial Way
Seattle, WA 98108


RCR Electrical Contractors Inc.
209 W Broad St.
Palmyra, NJ 08065


Retail Capital LLC dba Credibly
25200 Telegraph Rd.
Suite 350
Southfield, MI 48033


Retail Capital LLC dba Credibly
1501 W. Fountainhead Pkwy
Suite 630
Tempe, AZ 85282


Revzilla
4020 S 26th St
Philadelphia, PA 19112


Rinyu, Jesse
2634 Salmon St,
Philadelphia, PA 19125


Ristila, Brittany
422 Greenwich St,
Philadelphia, PA 19147


Roe Marketing Group, Inc.
dba Berry & Homer
201 Claytron St,
Chester, PA 19013


RT Philadelphia
1650 Arch Street
Suite 2600
Philadelphia, PA 19103

Santander Bank
1101 Market St,
Philadelphia, PA 19107


Sara Acciavatti
4009 School House Ln,
Plymouth Meeting, PA 19462


Schillenn, Patrick
1528 South Capitol Street,
Philadelphia, PA 19146


Sherwin Williams Co.
827 Spring Garden St,
Philadelphia, PA 19123


Sirlin Lesser & Benson P.C.
123 South Broad Street,
Philadelphia, PA 19109


Slaughter, Sabrina
904 Burmont Rd,
Drexel Hill, PA 19026


Smashey, Jaina
50 Sartori Avenue
Mount Ephraim, NJ 08059


Smith, Tyler
1123 Tree St
Philadelphia, PA 19148


Smucker Laser Cutting
543 Strasburg Pike
Lancaster, PA 17602


Snyder, John Patrick
1843 Hoffman St
Philadelphia, PA 19145


SPEARHEAD GRAPHICS LLC
305 Northridge Rd
Highlands Ranch, CO 80126


Spetrino, John

603 Morris Lane
Wallingford, PA 19086


Springer, James C
2550 Emerald St
Unit A
Philadelphia, PA 19125


Standard Life Insurance
Attn: Legal Department
900 SW Fifth Avenue
Portland, OR 97204-1282


The FGX Group
26 Treaty Dr
Wayne, PA 19087


The Standard
PO Box 82622
Lincoln, NE 68501


Thomas Acciavatti
4009 School House Ln
Plymouth Meeting, PA 19462


Thompson, Jane
1627 Reed Street, #3
Philadelphia, PA 19146


Topline Construction
1201 Maple Street
Conshohocken, PA 19428


Travelers Excess and
Surplus Lines Company
One Tower Square
Hartford, CT 06183


Tri Steel Corp.
512 Swedesboro Ave
Mickleton, NJ 08056


TSC Builders Inc
50 Steeplechase Dr
Doylestown, PA 18901

U.S. Attorney's Office
615 Chestnut Street
12th Floor
Philadelphia, PA 19106


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155


U.S. Small Business Administration
409 3rd St., SW.,
Washington, DC 20416


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35023


U.S. Small Business Administration
660 American Ave.
Suite 301
King of Prussia, PA 19406


Uline
PO Box 88741
Chicago, IL 60680-1741


Underwriters of Lloyd's, London
c/o Freberg Environmental, Inc.
1800 Wazee Street
Suite 300
Denver, CO 80202


United Concordia Dental
Attn: Legal Department
1800 Center Street
Suite 2B 220
Camp Hill, PA 17011


UPS
PO Box 650116
Dallas, TX 75265-0116


US Bank Equip. Finance
PO Box 790448

St. Louis, MO 63179-0448


Utica National Insurance Group
PO Box 6532
Utica, NY 13504-6532


Utica National Insurance Group
180 Genesee Street
New Hartford, NY 13413


Villanova Insurance Partners
1016 W. 8th Ave.
Ste. A
King of Prussia, PA 19406


Visual Solutions Group
6 San Marco
Aliso Viejo, CA 92656


Waterloo Printing
1502 Valleyridge Drive
Unit B
Austin, TX 78704-6048


Wheary, Katelin
1942 Hoffman Street
Philadelphia, PA 19145


White, Jesse
2743 North 45th Street
Philadelphia, PA 19131


Wicked Amusements, LLC.
61 Exchange St,
Malden, MA 02148


Zober Industries
500 Coventry Ave
Croydon, PA 19021

227170099 v1

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **FKB LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **FKB LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 10, 2023**

Date

**/s/ Douglas G. Leney**

**Douglas G. Leney**

Signature of Attorney or Litigant

Counsel for   **FKB LLC**

**Archer & Greiner, P.C.**
**Three Logan Square**
**1717 Arch Street, Suite 3500**
**Philadelphia, PA 19103**
**215-246-3151 Fax:215-963-9999**
**dleney@archerlaw.com**

**UNANIMOUS WRITTEN CONSENT OF THE MEMBERS AUTHORIZING THE
FILING OF A PETITION IN BANKRUPTCY AND RELATED ACTIONS**

Following a special meeting of FKB LLC (the "Company") having been duly called or a waiver of such requisite notice having been presented, and the meeting being duly convened, JOHN SPETRINO ("Spetrino"), CLIFFORD JAMES BARLOW ("Barlow" or the "Manager"), and THOMAS ACCIAVATTI ("Acciavatti," and collectively with Spetrino and Barlow, the "Members") hereby unanimously adopt the following resolutions:

WHEREAS, the Company is a limited liability company duly organized and existing under the laws of the Commonwealth of Pennsylvania, and pursuant to that certain Operating Agreement of the Company dated January 23, 2019 (as amended, modified, and/or supplemented, the "Operating Agreement");

WHEREAS, each of the Members has reviewed the materials presented by the Company's management and its financial, legal, and other advisors (collectively, the "Advisors"), including, but not limited to, materials regarding the liabilities, obligations, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

WHEREAS, each of the Members has had an adequate opportunity to consult with the Manager and Advisors regarding the materials and issues presented, to obtain additional information, and to fully consider each of the strategic alternatives available to the Company;

WHEREAS, the Members, after consultation with the Manager and the Advisors, has determined that it is in the best interests of the Company to conduct a sale process pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code") and to sell its assets to

one or more potential bidders (the "Sale Transaction") and complete an orderly wind-down

process;

WHEREAS, each of the Members has determined that the following resolutions are

advisable and in the best interests of the Company, its creditors, and other parties in interest.

NOW, THEREFORE, BE IT RESOLVED that it is in the best interest of the Company,

its creditors, and other parties in interest, that the Company file or cause to be filed a voluntary

petition for relief under the provisions of subchapter v of chapter 11 of the Bankruptcy Code in

the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy

Court"); and it is

FURTHER RESOLVED that the Manager be and hereby is authorized and directed, on

behalf of the Company, to execute and file a voluntary petition for relief under subchapter v of

chapter 11 of the Bankruptcy Code in the Bankruptcy Court, at such time as the Manager shall

determine, and elect to file such relief under Subchapter V of the Bankruptcy Code; and it is

FURTHER RESOLVED that the Manager be and hereby is authorized and empowered

by the Company, pursuant to a unanimous vote of the Members, to take such actions as are

necessary to effectuate and consummate the activities and administration of the Company with

respect to its bankruptcy case, including, but not limited to, the execution of such other and

further bankruptcy forms, documents, and pleadings, and acting as authorized representative and

signatory on any of the Company's debtor-in-possession ("DIP") bank accounts, or to take such

other actions as the case may be; with all such actions to be performed in such manner, and all

such certificates, instruments, agreements, notices and documents to be executed and delivered

in such form, as the Manager shall approve, and the performance or execution thereof by such

Manager shall be conclusive evidence of the approval thereof by such Manager and by the Company, as the case may be; and it is

FURTHER RESOLVED that the Manager be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to enter into a senior secured, priming superpriority debtor in possession credit facility with Aardvark Event Logistics Inc. or a designee thereof (the "DIP Lender") pursuant to the terms outlined in the debtor in possession financing motion, proposed interim and final orders granting the debtor in possession financing motion, and any related documents (the "Financing Documents") containing the terms substantially consistent with those presented to the Company and the Members (the "DIP Credit Facility"), and negotiate, execute and deliver the Financing Documents, and file any related motions, documents, or instruments, each on terms and conditions agreed to by the Company and DIP Lender and such other terms as are customary for similar debtor-in-possession facilities and to cause the Company to grant a priming security interest in substantially all of its assets in connection therewith, and to undertake any and all related transactions contemplated thereby; and it is

FURTHER RESOLVED that the proceeds of the DIP Credit Facility shall be used, subject to the terms of the Financing Documents: (i) to fund the Company's operations in accordance with the budget negotiated with the Lender; (ii) to pay for fees and expenses associated with the DIP Credit Facility; (iii) to continue the conduct of the affairs of the Company under the Bankruptcy Code; (iv) to pay the administrative expenses, attorney's fees and expenses, and other professional fees and costs incurred by the Company in connection with the bankruptcy case, and (v) for general corporate purposes; and it is

FURTHER RESOLVED that the Manager be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to (i) file a motion (the "Bidding Procedures Motion") with the Bankruptcy Court to request, among other things, the Bankruptcy Court's approval of (a) the Sale Transaction, (b) the continuation of a marketing and sale process in the bankruptcy case (the "Sale Process"), and (c) the bidding procedures associated with the Sale Process, which are attached to the Bid Procedures Motion (such bidding procedures, in the form approved by the Bankruptcy Court, the "Bidding Procedures"), (ii) execute and deliver an asset purchase agreement, and (iii) commence and implement the Sale Process; and it is

FURTHER RESOLVED, that the Manager be and hereby is authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver the Asset Purchase Agreement (the "APA") with the DIP Lender (or its designee) (the "Stalking Horse Buyer") providing for the sale of substantially all of the Debtor's assets to the Stalking Horse Bidder and the payment of a breakup fee equal to 3% of the cash and non-cash consideration (including the outstanding balance of secured debt be assumed by the Stalking Horse Buyer plus an expense reimbursement for the reasonable and actual expenses (including attorneys' fees and fees owed by the Stalking Horse Buyer to Northern Edge) in an amount up to $250,000.00 (collectively, the "Bid Protections"), and to take such actions as may be reasonably necessary to obtain Court approval of the Bid Protections on the timeline set forth in the APA; and it is

FURTHER RESOLVED that the Manager be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to take any and all other actions as may be necessary or advisable to implement the Sale Process as contemplated by the Bidding Procedures; and it is

FURTHER RESOLVED that the Manager be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to retain and employ such professionals as may be necessary, including, but not limited to, the law firm of Archer & Greiner, P.C., as general bankruptcy counsel for the Company, SC&H Group, as accountants and financial advisors for the Company, Gavin Solmonese LLC, as investment banker for the Company, and any and all other professionals which the Company shall deem necessary or proper in connection with such proceedings; and it is

FURTHER RESOLVED that the execution by the Manager, of the petition, schedules, statement of financial affairs, plan, arrangement, or other writings or pleadings shall be conclusive evidence of the approval of such document by the Company; and it is

FURTHER RESOLVED that this Written Consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same document.

IN WITNESS WHEREOF, the undersigned have duly executed this Written Consent on May 9, 2023.


By: */s/ John Spetrino*_____
    JOHN SPETRINO, Member


By: */s/ Clifford James Barlow*_____
    CLIFFORD JAMES BARLOW, Member/Manager


By: */s/ Thomas Acciavatti*_____
    THOMAS ACCIAVATTI, Member

**FKB, LLC**
**Balance Sheet**

| Amount in USD | Dec-22 | Feb-23 |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
|   Cash | $ 59,882 | $ 74,960 |
|   Accounts receivable, net | 150,293 | 313,083 |
|   Prepaid and other current assets | 103,794 | 98,722 |
| **Total Current Assets** | **$ 313,969** | **$ 486,764** |
| | | |
|   Fixed assets, net | 1,578,203 | 1,580,528 |
|   Deposits | 127,958 | 127,958 |
| **Total Assets** | **$ 2,020,130** | **$ 2,195,250** |
| | | |
| **LIABILITIES AND EQUITY** | | |
| Current Liabilities | | |
|   Accounts payable | $ 740,698 | $ 739,996 |
|   Accrued and other current liabilities | 117,836 | 77,251 |
|   Deferred revenue | 66,964 | 57,976 |
|   Debt | 1,947,871 | 2,240,358 |
| **Total Current Liabilities** | **$ 2,873,368** | **$ 3,115,581** |
| | | |
| Due to (from) related party | 3,992 | 1,418 |
| | | |
| Stockholders' Deficit | (857,231) | (921,749) |
| | | |
| **Total Liabilities and Stockholders' Deficit** | **$ 2,020,130** | **$ 2,195,250** |

**FKB, LLC**
**Cash Flows**

| Amount in USD | Dec-22 | Feb-23 |
|---|---|---|
| **Cash Flow from Operating Activities:** | | |
| Net income (loss) | $ (554,917) | $ (64,518) |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | |
| Depreciation | 92,129 | $        - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 80,504 | $ (162,789) |
| Prepaid and other current assets | (103,794) | $    5,072 |
| Deposits | (127,958) | $        - |
| Accounts payable | 673,015 | $     (701) |
| Accrued and other current liabilities | 117,836 | $  (40,585) |
| Deferred revenue | 66,964 | $   (8,988) |
| **Net Cash Provided (Used) in Operating Activities** | **$  243,780** | **$ (272,509)** |
| **Cash Flow from Investing Activities:** | | |
| Capital expenditures | (1,623,063) | $   (2,325) |
| **Net Cash Used in Investing Activities** | **$ (1,623,063)** | **$   (2,325)** |
| **Cash Flow from Financing Activities:** | | |
| Cash received from (paid to) related party | (76,918) | $   (2,575) |
| Cash received from (paid to)  debt | 1,429,763 | $  292,487 |
| **Cash Flow provided by Financing Activities:** | **$ 1,352,845** | **$  289,912** |
| Net increase (decrease) in cash | (26,439) | 15,078 |
| **Cash - Beginning of Period** | **$   86,321** | **$   59,882** |
| **Cash - End of Period** | **$   59,882** | **$   74,960** |

**FKB, LLC**
**Income Statement**

| Amount in USD | FY 2022 | YTD 02-2023 |
|---|---|---|
| **Revenue** | **$ 7,820,609** | **$ 787,660** |
| | | |
| Cost of goods sold, excluding payroll | 1,552,892 | 151,333 |
| Payroll | 3,632,873 | 599,010 |
| Other operating expenses | 3,244,737 | 60,426 |
| **Total expenses** | **$ 8,430,502** | **$ 810,769** |
| | | |
| **Operating loss** | **$ (609,894)** | **$ (23,109)** |
| | | |
| Loan forgiveness | 268,311 | - |
| | | |
| **EBITDA** | **$ (341,583)** | **$ (23,109)** |
| | | |
| Depreciation | 92,129 | - |
| Interest expense | 116,148 | 41,409 |
| Income taxes | 5,056 | - |
| **Net Loss** | **$ (554,917)** | **$ (64,518)** |

Form **1065**

## U.S. Return of Partnership Income

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____, ending _____
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2021**

**A** Principal business activity

MANUFACTURING

**B** Principal product or service

METAL

**C** Business code number

332300

Type or Print

Name of partnership

FKB, LLC

Number, street, and room or suite no. If a P.O. box, see instructions.

238 W CAMBRIA ST

City or town, state or province, country, and ZIP or foreign postal code

PHILADELPHIA                    PA 19133

**D** Employer identification number

83-4075991

**E** Date business started

01/01/2019

**F** Total assets

$ 375,458.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached ........................................................... ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | 1a | 3,716,194. |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | 1c | 3,716,194. |
| **2** | Cost of goods sold (attach Form 1125-A) | 2 | 682,162. |
| **3** | Gross profit. Subtract line 2 from line 1c | 3 | 3,034,032. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| **7** | Other income (loss) (attach statement)          SEE STATEMENT 1 | 7 | 44,550. |
| **8** | **Total income (loss).** Combine lines 3 through 7 | 8 | 3,078,582. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,937,187. |
| **10** | Guaranteed payments to partners | 10 | |
| **11** | Repairs and maintenance | 11 | 27,107. |
| **12** | Bad debts | 12 | |
| **13** | Rent | 13 | 165,600. |
| **14** | Taxes and licenses          SEE STATEMENT 2 | 14 | 165,621. |
| **15** | Interest (see instructions) | 15 | 14,625. |
| **16a** | Depreciation (if required, attach Form 4562) | 16a | 9,634. | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | | 16c | 9,634. |
| **17** | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| **18** | Retirement plans, etc. | 18 | |
| **19** | Employee benefit programs | 19 | 168,389. |
| **20** | Other deductions (attach statement)          SEE STATEMENT 3 | 20 | 716,429. |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 3,204,592. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -126,010. |

### Tax and Payments

| | | | |
|---|---|---|---|
| **23** | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| **24** | Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| **25** | BBA AAR imputed underpayment (see instructions) | 25 | |
| **26** | Other taxes (see instructions) | 26 | |
| **27** | **Total balance due.** Add lines 23 through 26 | 27 | |
| **28** | Payment (see instructions) | 28 | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| SUSANNE SPINELL SHUS | SUSANNE SPINELL SHUS | 03/03/22 | | |

Firm's name ▶ FRIEDMAN LLP

Firm's address ▶ 2000 MARKET STREET, SUITE 500
PHILADELPHIA, PA 19103

Firm's EIN ▶ 13-1610809

Phone no. (215) 496-9200

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**          111001 11-29-21          Form **1065** (2021)

Form 1065 (2021)    FKB, LLC                                                                    83-4075991    Page **2**

## Schedule B | Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |

**a** ☐ Domestic general partnership     **b** ☐ Domestic limited partnership

**c** ☒ Domestic limited liability company     **d** ☐ Domestic limited liability partnership

**e** ☐ Foreign partnership     **f** ☐ Other ▶

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

111011  11-29-21                                                                    Form **1065** (2021)

17050303 769482 88009421.001                 2021.02072 FKB, LLC                        88009421

Form 1065 (2021)    FKB, LLC    83-4075991    Page **3**

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| 16 a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:         By Vote         By Value | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ CLIFF BARLOW

| U.S. address of PR ▶ ▨ | U.S. phone number of PR ▶ ▨ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶ ▨

| U.S. address of designated individual ▶ ▨ | U.S. phone number of designated individual ▶ ▨ |
|---|---|

111021 11-29-21

Form **1065** (2021)

17050303 769482 88009421.001        2021.02072 FKB, LLC        88009421

Form 1065 (2021)    FKB, LLC    83-4075991    Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

<table>
<tr><td rowspan="11"><strong>Income (Loss)</strong></td><td><strong>1</strong></td><td>Ordinary business income (loss) (page 1, line 22)</td><td><strong>1</strong></td><td>-126,010.</td></tr>
<tr><td><strong>2</strong></td><td>Net rental real estate income (loss) (attach Form 8825)</td><td><strong>2</strong></td><td></td></tr>
<tr><td><strong>3a</strong></td><td>Other gross rental income (loss) ... <strong>3a</strong></td><td></td><td></td></tr>
<tr><td><strong>b</strong></td><td>Expenses from other rental activities (attach statement) ... <strong>3b</strong></td><td></td><td></td></tr>
<tr><td><strong>c</strong></td><td>Other net rental income (loss). Subtract line 3b from line 3a</td><td><strong>3c</strong></td><td></td></tr>
<tr><td><strong>4</strong></td><td>Guaranteed payments: <strong>a</strong> Services <strong>4a</strong> | <strong>b</strong> Capital <strong>4b</strong></td><td></td><td></td></tr>
<tr><td><strong>c</strong></td><td>Total. Add lines 4a and 4b</td><td><strong>4c</strong></td><td></td></tr>
<tr><td><strong>5</strong></td><td>Interest income</td><td><strong>5</strong></td><td></td></tr>
<tr><td><strong>6</strong></td><td>Dividends and dividend equivalents: <strong>a</strong> Ordinary dividends</td><td><strong>6a</strong></td><td></td></tr>
<tr><td><strong>b</strong></td><td>Qualified dividends <strong>6b</strong> | <strong>c</strong> Dividend equivalents <strong>6c</strong></td><td></td><td></td></tr>
<tr><td><strong>7</strong></td><td>Royalties</td><td><strong>7</strong></td><td></td></tr>
</table>

**8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) — **8**

**9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) — **9a**

**b** Collectibles (28%) gain (loss) — **9b**

**c** Unrecaptured section 1250 gain (attach statement) — **9c**

**10** Net section 1231 gain (loss) (attach Form 4797) — **10**

**11** Other income (loss) (see instructions) Type ▶ — **11**

**Deductions**

**12** Section 179 deduction (attach Form 4562) — **12**

**13a** Contributions — **13a**

**b** Investment interest expense — **13b**

**c** Section 59(e)(2) expenditures: **(1)** Type ▶ _____ **(2)** Amount ▶ — **13c(2)**

**d** Other deductions (see instructions) Type ▶ — **13d**

**Self-Employment**

**14a** Net earnings (loss) from self-employment — **14a** — -126,010.

**b** Gross farming or fishing income — **14b**

**c** Gross nonfarm income — **14c** — 3,078,582.

**Credits**

**15a** Low-income housing credit (section 42(j)(5)) — **15a**

**b** Low-income housing credit (other) — **15b**

**c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) — **15c**

**d** Other rental real estate credits (see instructions) Type ▶ — **15d**

**e** Other rental credits (see instructions)  Type ▶ — **15e**

**f** Other credits (see instructions)  Type ▶ — **15f**

**International Transactions**

**16** Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ... ☐

**Alternative Minimum Tax (AMT) Items**

**17a** Post-1986 depreciation adjustment — **17a**

**b** Adjusted gain or loss — **17b**

**c** Depletion (other than oil and gas) — **17c**

**d** Oil, gas, and geothermal properties - gross income — **17d**

**e** Oil, gas, and geothermal properties - deductions — **17e**

**f** Other AMT items (attach statement) — **17f**

**Other Information**

**18a** Tax-exempt interest income — **18a**

**b** Other tax-exempt income    SEE STATEMENT 4 — **18b** — 254,885.

**c** Nondeductible expenses — **18c**

**19a** Distributions of cash and marketable securities — **19a**

**b** Distributions of other property — **19b**

**20a** Investment income — **20a**

**b** Investment expenses — **20b**

**c** Other items and amounts (attach statement)    STMT 5

**21** Total foreign taxes paid or accrued — **21**

111041  11-29-21    Form **1065** (2021)

Form 1065 (2021)    FKB, LLC    83-4075991    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | −126,010. |

| **2** Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | −126,010. | | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** Cash | | 62,181. | | 85,730. |
| **2a** Trade notes and accounts receivable | 58,042. | | 9,450. | |
| **b** Less allowance for bad debts | | 58,042. | | 9,450. |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 6 | 93,124. | | 233,009. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 134,018. | | 134,018. | |
| **b** Less accumulated depreciation | 77,115. | 56,903. | 86,749. | 47,269. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 270,250. | | 375,458. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | 36,965. | | 67,092. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | 16,975. | | |
| **17** Other current liabilities (attach statement) | STATEMENT 7 | 625,339. | | 538,744. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 21,832. | | 20,561. |
| **20** Other liabilities (attach statement) | STATEMENT 8 | | | 51,047. |
| **21** Partners' capital accounts | | −430,861. | | −301,986. |
| **22** Total liabilities and capital | | 270,250. | | 375,458. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** Net income (loss) per books | | 128,875. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | **a** Tax-exempt interest $     STMT 10     254,885. | 254,885. | |
| **3** Guaranteed payments (other than health insurance) | | | **7** Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | | **a** Depreciation $ | | |
| **a** Depreciation $ | | | | | |
| **b** Travel and entertainment $ | | | **8** Add lines 6 and 7 | | 254,885. |
| **5** Add lines 1 through 4 | | 128,875. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | −126,010. |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| **1** Balance at beginning of year | | −430,861. | **6** Distributions:  **a** Cash | | |
| **2** Capital contributed:  **a** Cash | | | **b** Property | | |
| **b** Property | | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) (see instructions) | | −126,010. | | | |
| **4** Other increases (itemize):     STMT 11 | | 254,885. | **8** Add lines 6 and 7 | | 0. |
| **5** Add lines 1 through 4 | | −301,986. | **9** Balance at end of year. Subtract line 8 from line 5 | | −301,986. |

111042  11-29-21

Form **1065** (2021)

17050303 769482 88009421        2021.02072 FKB, LLC        88009421

88009421.001

# Statement for Revenue Procedure 2021-48

Taxpayer's Name  **FKB, LLC**

Taxpayer's Address  **238 W CAMBRIA ST**
**PHILADELPHIA, PA  19133**

Taxpayer's SSN/EIN  **83-4075991**

The taxpayer is applying the following sections of Revenue Procedure 2021-48 of tax year  **2021** :

| Year of Loan | Description | Amount of Loan | Was the loan forgiven as of the date of the return is filed? |
|---|---|---|---|
| 2021 | PPP LOAN FORGIVEN | 254,885. | Y |
| | | | _ |
| | | | _ |
| | | | _ |
| | | | _ |

103801  02-15-22

17050303  769482  88009421.001          2021.02072 FKB, LLC                          88009421

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

Name

FKB, LLC

Employer Identification number

83-4075991

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 30,611. |
| 3 | Cost of labor | 3 | 196,476. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)     SEE STATEMENT 12 | 5 | 455,075. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 682,162. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 682,162. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

   If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

124441
04-01-21    LHA

17050303 769482 88009421.001           2021.02072 FKB, LLC                          88009421

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER      1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RAM BOX TRUCK | 06/30/17 | 200DB | 5.00 | | 16 | 2,500. | | | | 2,500. | 2,068. | | 173. | 2,241. |
| 2 | MACHINE LATHE | 06/30/15 | 200DB | 7.00 | | 16 | 3,000. | | | | 3,000. | 2,036. | | 275. | 2,311. |
| 3 | MATABO GRINDERS | 06/30/15 | 200DB | 7.00 | | 16 | 1,200. | | | | 1,200. | 813. | | 111. | 924. |
| 4 | MAGNETIC DRILL | 06/30/15 | 200DB | 7.00 | | 16 | 1,200. | | | | 1,200. | 813. | | 111. | 924. |
| 5 | IMPROVEMENTS | 06/30/17 | 150DB | 15.00 | | 16 | 51,891. | | | | 51,891. | 15,958. | | 3,593. | 19,551. |
| 6 | MILLER SPECTRUM EXTREME | 06/30/15 | 200DB | 7.00 | | 16 | 1,500. | | | | 1,500. | 1,017. | | 138. | 1,155. |
| 7 | STATIONARY COLD SAW | 06/30/15 | 200DB | 7.00 | | 16 | 2,000. | | | | 2,000. | 1,358. | | 183. | 1,541. |
| 8 | TOYOTA FORKLIFT | 06/30/15 | 200DB | 7.00 | | 16 | 2,000. | | | | 2,000. | 1,358. | | 183. | 1,541. |
| 9 | ROUTING TABLE | 06/30/15 | 200DB | 7.00 | | 16 | 6,500. | | | | 6,500. | 4,410. | | 597. | 5,007. |
| 10 | MITSUBISHI BAND SAW | 06/30/15 | 200DB | 7.00 | | 16 | 1,100. | | | | 1,100. | 746. | | 101. | 847. |
| 11 | 3 QSC-KS POWERED SPEAKERS | 06/30/15 | 200DB | 7.00 | | 16 | 1,500. | | | | 1,500. | 1,017. | | 138. | 1,155. |
| 12 | QSC-KSUB POWERED SPEAKERS | 06/30/15 | 200DB | 7.00 | | 16 | 750. | | | | 750. | 509. | | 69. | 578. |
| 13 | PORTABLE BAND SAW | 06/30/16 | 200DB | 7.00 | | 16 | 500. | | | | 500. | 285. | | 61. | 346. |
| 14 | CNC LASER CUTTER | 06/30/16 | 200DB | 7.00 | | 16 | 16,000. | | | | 16,000. | 9,141. | | 1,960. | 11,101. |
| 15 | DO ALL BAND SAW | 06/30/16 | 200DB | 7.00 | | 16 | 1,200. | | | | 1,200. | 685. | | 147. | 832. |
| 16 | PLANER | 06/30/16 | 200DB | 7.00 | | 16 | 500. | | | | 500. | 285. | | 61. | 346. |
| 17 | HILTI CORDLESS TOOL SET | 06/30/16 | 200DB | 7.00 | | 16 | 2,100. | | | | 2,100. | 1,200. | | 257. | 1,457. |
| 18 | 2 CDJ-2000NX SOUND EQUIP | 06/30/17 | 200DB | 7.00 | | 16 | 5,000. | | | | 5,000. | 2,572. | | 694. | 3,266. |

128111 04-01-21

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2021 DEPRECIATION AND AMORTIZATION REPORT**

OTHER     1

| Asset No. | Description | Date Acquired | Method | Life | C o n v | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | DJM 800 | 06/30/17 | 200DB | 7.00 | | 16 | 1,000. | | | | 1,000. | 514. | | 139. | 653. |
| 20 | 60 GALLON COMPRESSOR | 06/30/17 | 200DB | 7.00 | | 16 | 500. | | | | 500. | 256. | | 70. | 326. |
| 21 | JLG SCISSOR LIFT | 06/30/17 | 200DB | 7.00 | | 16 | 1,000. | | | | 1,000. | 514. | | 139. | 653. |
| 22 | JLG SCISSOR LIFT | 06/30/17 | 200DB | 7.00 | | 16 | 1,100. | | | | 1,100. | 565. | | 153. | 718. |
| 23 | COMPUTER EQUIPMENT | 02/14/17 | SL | 7.00 | | 16 | 1,965. | | | | 1,965. | 983. | | 281. | 1,264. |
| 24 | EQUIPMENT | 06/30/18 | 200DB | 7.00 | | 16 | 7,982. | | | | 7,982. | 7,982. | | 0. | 7,982. |
| 25 | EQUIPMENT | 06/15/19 | 200DB | 7.00 | | 16 | 20,030. | | | | 20,030. | 20,030. | | 0. | 20,030. |
| | * TOTAL OTHER DEPRECIATION | | | | | | 134,018. | | | | 134,018. | 77,115. | | 9,634. | 86,749. |

128111  04-01-21

(D) · Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| FKB, LLC | | | 83-4075991 |

| | | | | | |
|---|---|---|---|---|---|
| **1 a** Ordinary income (loss) (Schedule K, line 1) | **1a** | −126,010. | | | |
| **b** Net income (loss) from **CERTAIN** rental real estate activities | **1b** | | | | |
| **c** Net income (loss) from other rental activities (Schedule K, line 3c) | **1c** | | | | |
| **d** Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | **1d** | | | | |
| **e** Other additions | **1e** | | | | |
| **f** Combine lines 1a through 1e | **1f** | −126,010. | | | |
| **2 a** Net gain from Form 4797, Part II, line 17, included on line 1a above | **2a** | | | | |
| **b** Other subtractions | **2b** | | | | |
| **c** Add lines 2a and 2b | **2c** | | | | |
| **3 a** Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | **3a** | −126,010. | | | |
| **b** Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | **3b** | | | | |
| **c** Subtract line 3b from line 3a | | | **3c** | −126,010. | |
| **4 a** Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | **4a** | | | | |
| **b** Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | **4b** | | | | |
| **c** Subtract line 4b from line 4a | | | **4c** | | |
| **5** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | | **5** | −126,010. | |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RAM BOX TRUCK | 063017 | | 5.00 | 2,500. | 0. | 173. | 173. | 0. |
| 2 | MACHINE LATHE | 063015 | | 7.00 | 3,000. | 0. | 275. | 275. | 0. |
| 3 | MATABO GRINDERS | 063015 | | 7.00 | 1,200. | 0. | 111. | 111. | 0. |
| 4 | MAGNETIC DRILL | 063015 | | 7.00 | 1,200. | 0. | 111. | 111. | 0. |
| 5 | IMPROVEMENTS | 063017 | | 15.00 | 51,891. | 0. | 3,593. | 3,593. | 0. |
| 6 | MILLER SPECTRUM EXTREME | 063015 | | 7.00 | 1,500. | 0. | 138. | 138. | 0. |
| 7 | STATIONARY COLD SAW | 063015 | | 7.00 | 2,000. | 0. | 183. | 183. | 0. |
| 8 | TOYOTA FORKLIFT | 063015 | | 7.00 | 2,000. | 0. | 183. | 183. | 0. |
| 9 | ROUTING TABLE | 063015 | | 7.00 | 6,500. | 0. | 597. | 597. | 0. |
| 10 | MITSUBISHI BAND SAW | 063015 | | 7.00 | 1,100. | 0. | 101. | 101. | 0. |
| 11 | 3 QSC-KS POWERED SPEAKERS | 063015 | | 7.00 | 1,500. | 0. | 138. | 138. | 0. |
| 12 | QSC-KSUB POWERED SPEAKERS | 063015 | | 7.00 | 750. | 0. | 69. | 69. | 0. |
| 13 | PORTABLE BAND SAW | 063016 | | 7.00 | 500. | 0. | 61. | 61. | 0. |
| 14 | CNC LASER CUTTER | 063016 | | 7.00 | 16,000. | 0. | 1,960. | 1,960. | 0. |
| 15 | DO ALL BAND SAW | 063016 | | 7.00 | 1,200. | 0. | 147. | 147. | 0. |
| 16 | PLANER | 063016 | | 7.00 | 500. | 0. | 61. | 61. | 0. |
| 17 | HILTI CORDLESS TOOL SET | 063016 | | 7.00 | 2,100. | 0. | 257. | 257. | 0. |
| 18 | 2 CDJ-2000NX SOUND EQUIP | 063017 | | 7.00 | 5,000. | 0. | 694. | 694. | 0. |
| 19 | DJM 800 | 063017 | | 7.00 | 1,000. | 0. | 139. | 139. | 0. |
| 20 | 60 GALLON COMPRESSOR | 063017 | | 7.00 | 500. | 0. | 70. | 70. | 0. |
| 21 | JLG SCISSOR LIFT | 063017 | | 7.00 | 1,000. | 0. | 139. | 139. | 0. |
| 22 | JLG SCISSOR LIFT | 063017 | | 7.00 | 1,100. | 0. | 153. | 153. | 0. |
| 23 | COMPUTER EQUIPMENT | 021417 | | 7.00 | 1,965. | 0. | 281. | 281. | 0. |
| | | | | | | | | | |
| | TOTALS | | | | 106,006. | 0. | 9,634. | 9,634. | 0. |

128104
04-01-21

FKB, LLC                                                                    83-4075991

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|-----------|--------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RENTAL INCOME | 44,550. |
| TOTAL TO FORM 1065, LINE 7 | 44,550. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|-----------|-------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| BIRT TAXES | 3,231. |
| LICENSES AND PERMITS | 355. |
| PAYROLL TAXES | 162,035. |
| TOTAL TO FORM 1065, LINE 14 | 165,621. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|-----------|------------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| AUTO AND TRUCK EXPENSE | 2,556. |
| BANK CHARGES | 2,279. |
| BUSINESS DEVELOPEMNT | 332. |
| COMPUTER AND INTERNET | 17,509. |
| DUES AND SUBSCRIPTIONS | 65,581. |
| EQUIPMENT RENTAL | 7,404. |
| INSURANCE | 177,420. |
| LEGAL AND PROFESSIONAL FEES | 31,109. |
| MEALS NOT SUBJECT TO LIMITATION | 10,908. |
| OFFICE EXPENSE | 5,379. |
| OUTSIDE SERVICES - OTHER | 293,366. |
| PAYROLL PROCESSING FEES | 6,514. |
| PHONE SUBSCRIPTION | 367. |
| POSTAGE | 4,533. |
| PRINTING | 280. |
| PROFESSIONAL DEVELOPMENT | 994. |
| SOFTWARE LICENSE | 2,156. |
| SUPPLIES | 64,911. |
| TRAVEL | 17,481. |
| UTILITIES | 5,100. |
| WEBSITE DESIGN | 250. |
| TOTAL TO FORM 1065, LINE 20 | 716,429. |

FKB, LLC                                                                    83-4075991

---

| SCHEDULE K | OTHER TAX-EXEMPT INCOME | STATEMENT 4 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| PPP LOAN FORGIVENESS | 254,885. |
| TOTAL TO SCHEDULE K, LINE 18B | 254,885. |

---

| SCHEDULE K | OTHER ITEMS | STATEMENT 5 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| SECTION 199A - ORDINARY INCOME (LOSS) | -126,010. |
| SECTION 199A W-2 WAGES | 2,133,663. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 134,018. |
| BUSINESS INTEREST EXPENSE | 14,625. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| DUE FROM CM | 133. | |
| DUE FROM RELATED PARTY | | 11,661. |
| UNBILLED REVENUE | 92,991. | 221,348. |
| TOTAL TO SCHEDULE L, LINE 6 | 93,124. | 233,009. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| CREDIT CARD PAYABLE- CHASE | 38,982. | 34,049. |
| CREDIT CARD PAYABLE- PNC | 8,296. | 7,148. |
| DUE TO AFFILIATE | 69,997. | |
| EIDL LOAN | 149,900. | 149,900. |
| IMPACT LOAN FUND | 97,029. | 79,336. |
| INSURANCE PAYABLE | 6,251. | |
| PPP LOAN | 254,884. | 268,311. |
| TOTAL TO SCHEDULE L, LINE 17 | 625,339. | 538,744. |

FKB, LLC                                                                      83-4075991

---

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 8 |

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO RELATED PARTY | | 51,047. |
| TOTAL TO SCHEDULE L, LINE 20 | | 51,047. |

FKB, LLC                                                                      83-4075991

FORM 1065                PARTNERS' CAPITAL ACCOUNT SUMMARY              STATEMENT 9

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -166,053. | | 42,959. | | -123,094. |
| 2 | -132,404. | | 42,957. | | -89,447. |
| 3 | -132,404. | | 42,959. | | -89,445. |
| TOTAL | -430,861. | | 128,875. | | -301,986. |

FKB, LLC                                                                83-4075991

---

SCHEDULE M-1    INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN    STATEMENT 10

| DESCRIPTION | AMOUNT |
|---|---|
| PPP LOAN FORGIVENESS | 254,885. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 254,885. |

---

SCHEDULE M-2                    OTHER INCREASES                    STATEMENT 11

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER TAX-EXEMPT INCOME | 254,885. |
| TOTAL TO SCHEDULE M-2, LINE 4 | 254,885. |

---

FORM 1125-A                    OTHER COSTS                    STATEMENT 12

| DESCRIPTION | AMOUNT |
|---|---|
| JOB MATERIALS AND SUPPLIES | 455,075. |
| TOTAL TO LINE 5 | 455,075. |

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

FKB, LLC
238 W CAMBRIA ST
PHILADELPHIA, PA  19133

Employer Identification Number:  83-4075991

For the Year Ending December 31, 2021

FKB, LLC is making the de minimis safe harbor election under Reg.
Sec. 1.263(a)-1(f).

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ **See separate instructions.**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 14 | Self-employment earnings (loss) |
| | –42,003. | A | –42,003. |
| 2 | Net rental real estate income (loss) | C | 1,026,194. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked .................. ▶ ☐ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | B* | 84,962. |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 20 | Other information |
| 8 | Net short-term capital gain (loss) | N | * | 4,875. |
| 9a | Net long-term capital gain (loss) | Z | * | STMT |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
83-4075991

**B** Partnership's name, address, city, state, and ZIP code

FKB, LLC
238 W CAMBRIA ST
PHILADELPHIA, PA  19133

**C** IRS center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II  Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TOM  ACCIAVATTI
▮▮▮▮▮▮▮▮▮▮

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ......... ▶ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333333 % | 33.3333333 % |
| Loss | 33.3333333 % | 33.3333333 % |
| Capital | 33.3333333 % | 33.3333333 % |

Check if decrease is due to sale or exchange of partnership interest ......... ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 12,935. | $ 6,854. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 183,031. | $ 201,945. |

Check this box if Item K includes liability amounts from lower tier partnerships ......... ▶ ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ –166,053. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 42,959. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ –123,094. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ................. $ _____
Ending ................. $ _____

| 22 | ☐ More than one activity for at-risk purposes* |
| 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

111261  11-18-21   LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

1

FKB, LLC                                                                    83-4075991

SCHEDULE K-1          OTHER TAX-EXEMPT INCOME, BOX 18, CODE B

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| PPP LOAN FORGIVENESS | | 84,962. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE B | | 84,962. |

SCHEDULE K-1          BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 4,875. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 4,875. |

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -42,003. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -42,003. |
| W-2 WAGES | 711,215. |
| UNADJUSTED BASIS OF ASSETS | 44,673. |

SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

FKB, LLC                                                                    83-4075991

---

| SCHEDULE K-1 | CURRENT YEAR NET INCOME (LOSS) AND OTHER INCREASES(DECREASES) | |
|---|---|---|

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -42,003. | |
| OTHER TAX-EXEMPT INCOME | 84,962. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 42,959. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 42,959. |

651121

| **Schedule K-1**<br>**(Form 1065)**<br>Department of the Treasury<br>Internal Revenue Service | **2021**<br>For calendar year 2021, or tax year | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**    ▶ See separate instructions.

| **Part I** | **Information About the Partnership** |

**A** Partnership's employer identification number
83-4075991

**B** Partnership's name, address, city, state, and ZIP code

FKB, LLC
238 W CAMBRIA ST
PHILADELPHIA, PA  19133

**C** IRS center where partnership filed return ▶
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▮▮▮▮▮▮▮

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

CLIFF BARLOW
▮▮▮▮▮▮▮

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ▶ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333333 % | 33.3333333 % |
| Loss | 33.3333333 % | 33.3333333 % |
| Capital | 33.3333333 % | 33.3333333 % |

Check if decrease is due to sale or exchange of partnership interest ▶ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $  12,936. | $  6,853. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $  183,031. | $  201,945. |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ ☐

| **L** | **Partner's Capital Account Analysis** |

| Beginning capital account | $  -132,404. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $  42,957. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( ) |
| Ending capital account | $  -89,447. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ............ $ _____
Ending ............... $ _____

**Part III — right column:**

| 1 | Ordinary business income (loss) | -42,004. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | B*  84,961. |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |

| 14 | Self-employment earnings (loss) |
| A | -42,004. |
| C | 1,026,194. |
| 15 | Credits |
| 16 | Schedule K-3 is attached if checked ............ ▶ ☐ |
| 17 | Alternative min tax (AMT) items |
| 18 | Tax-exempt income and nondeductible expenses |
| 19 | Distributions |
| 20 | Other information |
| N | *  4,875. |
| Z | *  STMT |
| 21 | Foreign taxes paid or accrued |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

111261  11-18-21   LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2021**

2

FKB, LLC                                                                          83-4075991

SCHEDULE K-1              OTHER TAX-EXEMPT INCOME, BOX 18, CODE B

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| PPP LOAN FORGIVENESS | | 84,961. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE B | | 84,961. |

SCHEDULE K-1              BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 4,875. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 4,875. |

SCHEDULE K-1              SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -42,004. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -42,004. |
| W-2 WAGES | 711,232. |
| UNADJUSTED BASIS OF ASSETS | 44,672. |

SCHEDULE K-1              SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

FKB, LLC                                                                    83-4075991

SCHEDULE K-1                    CURRENT YEAR NET INCOME (LOSS) AND
                                 OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -42,004. | |
| OTHER TAX-EXEMPT INCOME | 84,961. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 42,957. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 42,957. |

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2021**
For calendar year 2021, or tax year

beginning _____ ending _____

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)   −42,003. | 14 | Self-employment earnings (loss)   A   −42,003. |
| 2 | Net rental real estate income (loss) | | C   1,026,194. |
| 3 | Other net rental income (loss) | 15 | Credits |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ▶ □ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | B*   84,962. |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 20 | Other information   N*   4,875. |
| 8 | Net short-term capital gain (loss) | | Z*   STMT |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| | | 22 | □ More than one activity for at-risk purposes* |
| | | 23 | □ More than one activity for passive activity purposes* |
| | | | *See attached statement for additional information. |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
83-4075991

**B** Partnership's name, address, city, state, and ZIP code

FKB, LLC
238 W CAMBRIA ST
PHILADELPHIA, PA  19133

**C** IRS center where partnership filed return ▶
E-FILE

**D** □ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
▓▓▓▓▓▓▓

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

JOHN   SPETRINO
▓▓▓▓▓▓▓▓▓▓▓▓▓

**G** ☒ General partner or LLC member-manager   □ Limited partner or other LLC member

**H1** ☒ Domestic partner   □ Foreign partner

**H2** □ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1** What type of entity is this partner?   INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ____ ▶ □

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 33.3333334 % | 33.3333334 % |
| Loss | 33.3333334 % | 33.3333334 % |
| Capital | 33.3333334 % | 33.3333334 % |

Check if decrease is due to sale or exchange of partnership interest ▶ □

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse $ | 12,936. | $ 6,854. |
| Qualified nonrecourse financing $ | | $ |
| Recourse $ | 183,031. | $ 201,946. |

Check this box if Item K includes liability amounts from lower tier partnerships ▶ □

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account   $ | −132,404. |
| Capital contributed during the year   $ | |
| Current year net income (loss)   $ | 42,959. |
| Other increase (decrease) (attach explanation)   $ | |
| Withdrawals & distributions   $ ( | ) |
| Ending capital account   $ | −89,445. |

**M** Did the partner contribute property with a built-in gain (loss)?
□ Yes    ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning $ _____
Ending $ _____

For IRS Use Only

111261  11-18-21   LHA   For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2021

3

FKB, LLC                                                                          83-4075991

---

SCHEDULE K-1           OTHER TAX-EXEMPT INCOME, BOX 18, CODE B

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| PPP LOAN FORGIVENESS | | 84,962. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE B | | 84,962. |

---

SCHEDULE K-1           BUSINESS INTEREST EXPENSE, BOX 20, CODE N

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| BUSINESS INTEREST EXPENSE (INCLUDED IN ORDINARY BUSINESS INCOME (LOSS)) | SEE PARTNERS INSTRUCTIONS | 4,875. |
| TOTAL TO SCHEDULE K-1, BOX 20, CODE N | | 4,875. |

---

SCHEDULE K-1           SECTION 199A INFORMATION, BOX 20, CODE Z

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS - | |
| ORDINARY INCOME (LOSS) | -42,003. |
| SELF-EMPLOYMENT EARNINGS(LOSS) | -42,003. |
| W-2 WAGES | 711,215. |
| UNADJUSTED BASIS OF ASSETS | 44,673. |

---

SCHEDULE K-1           SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

FKB, LLC                                                                              83-4075991

SCHEDULE K-1                    CURRENT YEAR NET INCOME (LOSS) AND
                                  OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | -42,003. | |
| OTHER TAX-EXEMPT INCOME | 84,962. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 42,959. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 42,959. |

PARTNER NUMBER 3
17050303 769482 88009421.001            2021.02072 FKB, LLC                         88009421