## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FKB LLC, | Case No. 23-11371 (PMM) |
| Debtor.[1] |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

FKB LLC the debtor and debtor-in-possession ("Debtor") in the above captioned chapter 11, subchapter V case (the "Subchapter V Case"), is filing its schedules of assets and liabilities (collectively with all attachments, the "Schedules") and its Statement of Financial Affairs (collectively with all attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"). The Debtor has made a reasonable and good faith effort to prepare the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements were prepared from financial data derived from the Debtor's books and records that were available at the time of preparation. While the Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtor may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

The Schedules and Statements are signed by the Debtor's Manager and Chief Executive Officer, Clifford James Barlow. In reviewing and signing the Schedules and Statements, Mr. Barlow necessarily relied upon the efforts, statements, and representations of the Debtor's professional advisors and employees. Mr. Barlow has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements

---

[1] FKB LLC has an address of 2001 Kitty Hawk Avenue, Building 990, Philadelphia, PA 19112, and the last four digits of its EIN number are 5991.

and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the Debtor's Schedules or Statements. Disclosure of information in one or more Schedules, in the Statements, or in one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.      ***Description of Case.***  On May 10, 2023 (the "Petition Date"), the Debtor filed a voluntary petition [D.I. 1] for relief under chapter 11, subchapter V, of the Bankruptcy Code with the Bankruptcy Court. The Debtor is continuing in possession of its property and is operating and managing its business, as debtor-in-possession, pursuant to Bankruptcy Code section 1184. No trustee, examiner, or statutory committee has been appointed in this Subchapter V Case. On May 11, 2023, the Office of the United States Trustee for Region 3 appointed Richard E. Furtek as the Subchapter V Trustee [D.I. 10]. Also on May 11, 2023, the Debtor filed, among other things, a motion [D.I. 21] seeking approval of certain bidding procedures to govern the sale process for substantially all of the Debtor's assets, which sale is due to close by June 30, 2023. Further information regarding the Debtor's business, debt structure, and the events leading to the filing of the Subchapter V Case are set forth in the *Declaration of Clifford James Barlow in Support of Voluntary Petition and First Day Motions* (the "First Day Declaration") [D.I. 19].

2.      ***"As Of" Information Date.***  To the best of the Debtor's knowledge, the asset information provided herein, except as expressly noted otherwise, with respect to (i) all claim amounts listed in Schedule E/F and the values of the Debtor's assets listed in Schedule A/B are as of May 9, 2023, except as otherwise set forth herein and (ii) all other data is as reflected from the Debtor's records as of December 31, 2022. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.      ***General Reservation of Rights.*** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (a) liability, or (b) amounts due or owed, if any, by the Debtor. Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Subchapter V Case, including issues involving

2

Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.    *GAAP.*  Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

5.    *Causes of Action.*  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of the estate's causes of action or potential causes of action against third parties as assets in the Schedules and Statements.  The Debtor, on behalf of itself and the estate, reserves all rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") the estate may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

6.    *Recharacterization.*  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtor may not have accurately characterized, classified, categorized, or designated certain items.  The Debtor reserves all of rights to re-characterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate.

7.    *Liabilities.*  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to amend the Schedules and Statements as it deems appropriate in this regard.

8.    *Excluded Assets and Liabilities.*  The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses.  The Debtor has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or de minimis assets and liabilities may have been excluded.

9. **Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

10. **Inventory.** It would be prohibitively expensive, unduly burdensome, and time-consuming to physically inspect all inventory held by the Debtor. Accordingly, to the extent inventory is disclosed, referenced, and/or described in the Schedules and Statements, such disclosures are the product of a "cycle count" of the Debtor's inventory.

11. **Estimates.** To prepare and file the Schedules and Statements in accordance with the deadline established in this Subchapter V Case, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

12. **Fiscal Year.** The Debtor's fiscal year ends on December 31.

13. **Currency.** All amounts are reflected in U.S. dollars.

14. **Executory Contracts.** Although the Debtor has made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claim(s) held by any counterparty to such contract or lease. Further, while the Debtor has made reasonable efforts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred. The Debtor reserves all of rights with respect to all executory contracts and the named parties thereto, and reserves the right to amend Schedule G.

15. **Leases.** The Debtor has not included the future obligations of any capital or operating leases in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the lease counterparty has been included on Schedule E/F of the Schedules.

16. **Insiders.** The Debtor has attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider." An individual or entity is designated as an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiedly dictate corporate policy and the disposition of corporate assets. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved. Further, certain of the individuals identified above may not have been insiders for the entirety of the 12-month period, but the Debtor has included them herein out of an abundance of caution. The Debtor

reserves all rights with respect thereto.  The failure to list a party as an "insider" is not intended to be, nor should it be, construed as an admission that such party is not an "insider," and the Debtor reserves all rights with respect thereto.

17. **_Totals._**  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18. **_Unliquidated Claim Amounts._**  Claim amounts that could not be quantified by the Debtor are scheduled as "unliquidated."

19. **_Undetermined Amounts._**  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20. **_Setoffs._**  The Debtor may incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, but not limited to, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its customers or vendors.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although the impact of such offsets and other similar rights may have been accounted for when certain net amounts were included in the Schedules, offsets are not independently accounted for, and as such, are not included separately in the Schedules and Statements.

21. **_Credits and Adjustments._**  The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of rights respecting such credits, allowances, and other adjustments.

22. **_Guaranties and Other Secondary Liability Claims._**  The Debtor has used its best efforts to locate and identify guaranties, co-debtors, and other secondary liability claims (collectively, the "Guaranties") in the Debtor's executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of such agreements remains ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule.

23. **_Mechanic's Liens._**  The property and equipment listed in the Schedules are presented without consideration of any mechanic's, materialman's, or other similar statutory liens. Such liens may apply, and the Debtor reserves all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

24. **_Global Notes Control._**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtor's Schedules**

1.    ***Schedule A/B.***  The Debtor's failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

The current value of the Debtor's interest in its bank accounts listed on Schedule A/B is as of May 9, 2023 and includes cash that was projected to be received postpetition but which was received just prior to the Petition Date.

All accounts receivable are listed at their face amount.

In the ordinary course of its business, the Debtor has certain wood, metal, or other raw materials, supplies, and/or work in progress related to its business  The value of any such assets is unknown, but is not believed to be material.

In the ordinary course of its business, the Debtor maintains various office furniture and computer equipment, as well as a number of pieces of machinery, tools, and other equipment used in its business.  The values listed on Schedule A/B for such assets are the net book values as of May 9, 2023, according to the Debtor's books and records.  Certain assets had been fully depreciated as of the Petition Date and/or the current fair market values are unknown and, accordingly, the present value of such assets is listed as "unknown" of Schedule A/B.

The estate may have certain Causes of Action against third parties.  The present value of such Causes of Action is currently unknown.  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all estate Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtor, on behalf of itself and the estate, reserves all rights with respect to any Causes of Action that the estate may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

2.    ***Schedule D.***  As described more fully in the First Day Declaration, the Debtor had a fairly complex capital structure for a business of its size.  The Debtor believes that numerous parties asserted a security interest in certain assets or substantially all of the Debtor's assets. However, not all of these parties had perfected any such security interest as of the Petition Date. The parties listed on Schedule D are, to the Debtor's knowledge and belief, those who held a properly perfected security interest in assets of the Debtor as of the Petition Date, based upon the Debtor's reasonable best estimate of the value of such assets as of the Petition Date.

Schedule D includes, among other things, the total amounts under two equipment financing agreements that were outstanding as of the Petition Date, according to the Debtor's books and records.  Such amounts are payable in installments over time.  Moreover, such amounts may be satisfied in whole or in part in connection with the assumption, or assumption and assignment, of a such agreements.

The listing of any claim on Schedule D does not constitute an admission by the Debtor that such claim is a secured claim under the Bankruptcy Code.

3.      ***Schedule E/F, General Note.***  Unless otherwise indicated, all claim amounts listed on Schedule E/F are the amounts reflected in the Debtor's books and records as of Petition Date.

4.      ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.***  The listing of any claim on Schedule E/F does not constitute an admission by the debtor that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtor reserves all rights to dispute the amount and the priority status of any claim on any basis at any time.  All claims listed on Schedule E/F, Part 1 are claims arising in the ordinary course prior to the Petition Date.  Certain of such claims, however, may be subject to ongoing audits and the Debtor is otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F.  Accordingly, the Debtor has listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

On May 16, 2023, the Bankruptcy Court entered the *Order Granting Debtor's Motion for Entry of an Order (i) Authorizing the Debtor to (a) Pay Pre-Petition Employee Wages, Salaries, Other Compensation and Reimbursable Employee Expenses, and (b) Maintain Employee Benefit Programs; and (ii) Granting Related Relief* [D.I. 64] (the "Prepetition Wage Order").  Among other things, the Prepetition Wage Order authorized the Debtor to pay certain prepetition obligations owed to its employees, in particular, the prepetition stub period of the biweekly payroll period that straddled the Petition Date, subject to the priority cap in 11 U.S.C. §§ 507(a)(4); (a)(5).  Such amounts were paid to the employees as part of the first payroll made after the Petition Date.  The Debtor believes that, as a result of those payments, all prepetition wage and other obligations to its employees have been paid, with the exception of two individuals whose expense reimbursement amounts exceeded the priority cap.  The general unsecured claims of those two individuals have been listed **net** of the amounts paid to them under the Prepetition Wage Order.  With the exception of those two individuals, the Debtor has not listed other employees on Schedule E/F.

5.      ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***  The Debtor has used its reasonable best efforts to list on Schedule E/F all general unsecured claims against the Debtor as of the Petition Date, based upon the Debtor's existing books and records.

Certain parties listed on Schedule E/F may assert that they are entitled to priority under section 503(b)(9) of the Bankruptcy Code.  The Debtor has not made any determination at this time as to whether any 503(b)(9) claims might exist and expressly reserves all rights on behalf of itself and the estate.

The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtor reserves all rights to assert any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtor for amounts listed on Schedule E/F.  The Debtor reserves all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts may be reflected on

the Debtor's books and records in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent any specific claims as the Petition Date.

Schedule E/F does not include reserves for any potential unliquidated contingencies that may have been carried on the Debtor' books as of the Petition Date; any such reserves would be potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding a pending EEOC claim against the Debtor. The amount is listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to certain counterparties to executory contracts or unexpired leases.  Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.  In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases, to the extent such damage claims exist, that have been or may be rejected.

The Debtor has made reasonable efforts to locate and identify the Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which the Debtor is a party.  Where Guaranties have been identified, they have been included in the relevant Schedules.  It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.  The Debtor reserves all rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable.  In addition, the Debtor reserves the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or claim whether by amending the Schedules and Statements or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

**<u>Specific Disclosures with Respect to the Debtor's Statements</u>**

*1.*     ***Statement 1.***  The gross revenue figure for the current fiscal year includes January and February 2023 only.  The figures for the prior fiscal year as are of December 31, 2022.

*2.*     ***Statement 3.***  Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement Question 4) and employee payroll and benefits.  The amounts listed in Statement 3 reflect the Debtor's disbursements at check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**3.    Statement 4.**  Statement 4 lists transfers within one year prior to the Petition Date to insiders, including payroll and expense reimbursements paid to the Debtor's members and the spouse of one of the Debtor's members who is an employee, as well as payments for prepetition loans that were guaranteed by one or more of the members.  Further information is provided in response to Statement Question 30.  Amounts paid on behalf of such individuals for certain health insurance or other employee benefits plans are not included.

**4.    Statement 6.**  The Debtor may incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, negotiations, or disputes between Debtor and its customers regarding regulatory or governmental imposition costs incurred by Debtor, and other disputes between the Debtor and its customers or suppliers.  It would be unduly burdensome and costly for the Debtor to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from Statement 6.  In addition, some amounts listed on the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware.  The Debtor, on behalf of itself and the estate, reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

**5.    Statement 7.**    Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date.  It is possible that certain suits and proceedings may have been unknown to the Debtor as of the Petition Date or otherwise inadvertently left off Statement 7.  Accordingly, the Debtor reserves all rights to amend or supplement the response to Statement Question 7.

Further, the Debtor, on behalf of itself and the estate, reserves all rights, claims, counterclaims, defenses, and arguments with respect to any and all listed lawsuits and administrative proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor.  Any information contained in Statement 7 shall not be a binding representation of the Debtor with respect to any of the suits and proceedings identified therein.

**6.    Statement 11.**  Out of an abundance of caution, the Debtor has included payments to all professionals who have provided consultation regarding debt or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date or rendered any advice related to the Debtor's bankruptcy proceedings in Statement 11.  Additional information regarding the Debtor's employment of professional service firms is more fully described in the individual employment applications for those firms filed with the Bankruptcy Court.

**7.    Statement 26d.**  The Debtor has provided financial statements in the ordinary course of its business to certain lenders, creditors, or other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge, the Debtor has

not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.  To assemble the extensive list of recipients would be unduly burdensome.

**Fill in this information to identify the case:**

Debtor name    **FKB LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **23-11371**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................     $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................     $     2,184,585.79

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................     $     2,184,585.79

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $     1,010,167.13

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................     $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................     +$     2,601,346.96

4. Total liabilities ...........................................................................................
   Lines 2 + 3a + 3b     $     3,611,514.09

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **FKB LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **23-11371**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America, N.A.** | **Checking** | 5223 | $189,194.34 |
| 3.2. | **Santander Bank, N.A.** | **Checking** | | $0.00 |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**         |         $189,194.34
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit for 2001 Kitty Hawk Avenue, Building 900, Philadelphia, PA 19112** | $115,958.34 |

| Debtor | **FKB LLC** | Case number *(If known)* **23-11371** |
|---|---|---|
| | Name | |

| 7.2. | **Skyline Design** | $12,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                    $127,958.34
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:          **160,994.34**   -          **27,854.00**  = ....        $133,140.34
                                  face amount                  doubtful or uncollectible accounts

   11b. Over 90 days old:            **906,183.43**   -         **906,183.43**  =....              $0.00
                                  face amount                  doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                   $133,140.34
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw materials** | | Unknown | | Unknown |
| 20. **Work in progress** **Work in progress** | | Unknown | | Unknown |

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

| Debtor | **FKB LLC** | | Case number *(If known)* **23-11371** |
|---|---|---|---|
| | Name | | |

| **Supplies** | | **Unknown** | | **Unknown** |
|---|---|---|---|---|

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$0.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desks** | **Unknown** | | **Unknown** |
| **Office chairs** | **$0.00** | | **Unknown** |
| **Conference room table (large)** | **$0.00** | | **Unknown** |
| **Conference room table (medium)** | **$0.00** | | **Unknown** |
| **L-shaped desks** | **$0.00** | | **Unknown** |
| **U-shaped desk** | **$0.00** | | **Unknown** |
| **Filing cabinets (small)** | **$0.00** | | **Unknown** |
| **Storage shelves/cabinets (white)** | **$0.00** | | **Unknown** |

| Debtor | **FKB LLC** | Case number *(If known)* **23-11371** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| | Kitchen/cafe furniture, applicables, and related items | $0.00 | | Unknown |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| | Lenovo laptop computers | $2,442.99 | | $2,442.99 |
| | A&L Development (server) | $2,538.27 | | $2,538.27 |
| | Computer equipment | $302.92 | | $302.92 |
| | Dell laptop computer | $0.00 | | Unknown |
| | Apple MacBook laptop computers | $0.00 | | Unknown |
| | Desktop computers | $0.00 | | Unknown |
| | Computer monitors and TV screens | $0.00 | | Unknown |
| | Keyboards and mouse | $0.00 | | Unknown |
| | Computer server equipment | $0.00 | | Unknown |
| | Ender 5 Plus 3D printers | $0.00 | | Unknown |
| | Office printers | $0.00 | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $5,284.18 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **FKB LLC** | | Case number *(If known)* **23-11371** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **Ram box truck (fully depreciated)** | **$0.00** | | **Unknown** |
| 47.2. | **Ford 650 box truck (2000)** | **$0.00** | | **Unknown** |
| 47.3. | **Sprinter 3500 12' flat bed truck (2012)** | **$0.00** | | **Unknown** |

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | Net book value | Valuation | Current value |
|---|---|---|---|
| **Machine lathe** | **$0.00** | | **Unknown** |
| **Metabo grinders** | **$0.00** | | **Unknown** |
| **Magnetic drill** | **$0.00** | | **Unknown** |
| **Miller spectrum extreme** | **$0.00** | | **Unknown** |
| **Stationary cold saw** | **$0.00** | | **Unknown** |
| **Forklift** | **$0.00** | | **Unknown** |
| **Routing table** | **$0.00** | | **Unknown** |
| **Mitsubishi band saw** | **$0.00** | | **Unknown** |
| **3 QSC-KS powered speakers** | **$0.00** | | **Unknown** |
| **QSC-KSUB powered speakers** | **$0.00** | | **Unknown** |
| **Portable band saw** | **$67.58** | | **$67.58** |
| **CNC laser cutter** | **$2,122.33** | | **$2,122.33** |
| **DoAll band saw** | **$159.75** | | **$159.75** |
| **Planer** | **$67.58** | | **$67.58** |

Debtor    **FKB LLC**                                     Case number *(If known)* **23-11371**
Name

| | | |
|---|---|---|
| Hilti cordless tool set | $278.92 | $278.92 |
| 2 SDJ-2000NX sound equip. | $750.83 | $750.83 |
| DJM 800 | $150.08 | $150.08 |
| 60 gallon compressor | $74.83 | $74.83 |
| JLG scissor lift | $150.08 | $150.08 |
| JLG scissor lift | $165.25 | $165.25 |
| Other equipment | $4,206.69 | $4,206.69 |
| Massivit 1800 ED demo unit - 2 PH large-scale 3D printer | $483,333.33 | $483,333.33 |
| 5 axis CNC Machine | $307,494.19 | $307,494.19 |
| CNC Machine (Brandt Graves) | $33,892.86 | $33,892.86 |
| Scissor lift (Avram Oslick) | $4,523.81 | $4,523.81 |
| Independent lift truck | $8,690.48 | $8,690.48 |
| Independent lift truck | $1,291.64 | $1,291.64 |
| Sculptor Andy Scott LLC - forklift | $5,172.62 | $5,172.62 |
| Spray booth and painting equipment | $0.00 | Unknown |
| CNC plasma 5'x10' | $0.00 | Unknown |
| Bridgeport Series I Milling Machine | $0.00 | Unknown |
| Ellis 1800 bandsaw | $0.00 | Unknown |
| Eaton compressor | $0.00 | Unknown |
| Hypertherm plasma cutter | $0.00 | Unknown |

| Debtor | **FKB LLC** | | Case number *(If known)* **23-11371** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Fabrication shop tools, including drills, drivers, saws, cutters, pliers, and other equipment | $0.00 | | Unknown |
| Hyster forklift | $0.00 | | Unknown |
| Fume extractor | $0.00 | | Unknown |
| 3000 lb pallet jacks (10) | $0.00 | | Unknown |
| Racking equipment | $0.00 | | Unknown |
| Welding equipment | $0.00 | | Unknown |
| Wood working saws and tools | $0.00 | | Unknown |
| Metal working tools | $0.00 | | Unknown |
| Laguna CNC cutter | $0.00 | | Unknown |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $852,592.85 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **FKB (unregistered trademark/trade name)** | Unknown | | Unknown |

| Debtor | **FKB LLC** | Case number *(If known)* **23-11371** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| | **FKB Studio (unregistered trademark/trade name)** | **Unknown** | **Unknown** |
| 61. | **Internet domain names and websites** **fkb.studio** | **Unknown** | **Unknown** |
| | **Instagram Account - fkbstudio** | **Unknown** | **Unknown** |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

| | | |
|---|---|---|
| **Utica National Insurance Group - workers compensation** | | **Unknown** |
| **Liberty Mutual Insurance Company - property insurance** | | **Unknown** |

Debtor    **FKB LLC**                                                         Case number *(If known)*  **23-11371**
_____
Name

**Utica National Insurance Group - auto insurance**                                           **Unknown**

---

**AmTrust E&S Insurance Service - general liability**                                          **Unknown**

---

**Underwriters at Lloyd's, London - professional liability**                                   **Unknown**

---

**Travelers Excess and Surplus Lines Company -
umbrella coverage**                                                                            **Unknown**

---

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

**PHNTM Labs**                                                                                 **Unknown**

| Nature of claim | Unpaid invoice |
| --- | --- |
| Amount requested | **$0.00** |

---

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Leasehold improvements at 2001 Kitty Hawk Avenue,
Building 900, Philadelphia, PA 19112**                                                         **$876,415.74**

---

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                            | **$876,415.74** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **FKB LLC** | | Case number *(If known)* **23-11371** |
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $189,194.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $127,958.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $133,140.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,284.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $852,592.85 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $876,415.74 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,184,585.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,184,585.79 |

**Fill in this information to identify the case:**

Debtor name    **FKB LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **23-11371**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **First-Citizens Bank & Trust Company**<br>Creditor's Name<br><br>**a/k/a CIT Bank**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/20/2022**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Massivit 1800 3D demo unit – 2PH large-scale 3D printer**<br><br><br>**Describe the lien**<br>**Equipment finance**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250,960.64 | $483,333.33 |
| **2.2** **Mitsubishi HC Capital America, Inc.**<br>Creditor's Name<br><br>**7201 Metro Boulevard**<br>**Suite 800**<br>**Attn: Bob Bloomberg**<br>**Minneapolis, MN 55439**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/30/2022**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**5 axis CNC Machine**<br><br><br>**Describe the lien**<br>**Equipment finance**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $205,600.85 | $307,494.19 |

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Do multiple creditors have an interest in the same property?** | | **As of the petition filing date, the claim is:** | | |
| ■ No | | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.3 | **NU Direction Lending, LLC** | Describe debtor's property that is subject to a lien | **$403,605.64** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |
| | **a/k/a Credibility** | | | |
| | **2655 Interplex Drive** | | | |
| | **Suite 104** | | | |
| | **Trevose, PA 19053** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/25/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Busines Administration** | Describe debtor's property that is subject to a lien | **$150,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |
| | **Office of Disaster Assistance** | | | |
| | **14925 Kingsport Rd.** | | | |
| | **Fort Worth, TX 76155** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/18/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,010,167.13** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**As rep. of First-Citizens Bank & Trust**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line __**2.1**__ | |
| **David W. Park**<br>**Martson Law Offices**<br>**10 E. High St.**<br>**Carlisle, PA 17013** | Line __**2.3**__ | |
| **Jacob B. Sellers**<br>**Greenstein Sellers PLLC**<br>**825 Nicollet Mall**<br>**Suite 1648**<br>**Minneapolis, MN 55402** | Line __**2.2**__ | |
| **Mitsubishi HC Capital America**<br>**PO Box 1880**<br>**Minneapolis, MN 55480-1880** | Line __**2.2**__ | |
| **NU Direction Lending, LLC**<br>**Attn: Tammy Baker**<br>**2655 Interplex Dr., Ste. 104**<br>**Trevose, PA 19053** | Line __**2.3**__ | |
| **U.S. Attorney's Office**<br>**Eastern District of Pennsylvania**<br>**615 Chestnut Street**<br>**12th Floor**<br>**Philadelphia, PA 19106** | Line __**2.4**__ | |
| **U.S. Small Business Administration**<br>**409 3rd St., SW.**<br>**Washington, DC 20416** | Line __**2.4**__ | |
| **U.S. Small Business Administration**<br>**660 American Ave., Ste. 301**<br>**King of Prussia, PA 19406** | Line __**2.4**__ | |
| **U.S. Small Business Administration**<br>**2 North St., Ste. 320**<br>**Birmingham, AL 35023** | Line __**2.4**__ | |

**Fill in this information to identify the case:**

Debtor name **FKB LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **23-11371**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of Revenue**<br>**City of Philadelphia**<br>**Municpal Services Building**<br>**1401 John F. Kennedy Blvd.**<br>**Philadelphia, PA 19102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pennsylvania Department of Revenue**
PO Box 280904
Harrisburg, PA 17120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,563.57** |
|---|---|---|---|

**3A Composites**
23160 Network Place
Chicago, IL 60673-1231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,403.86** |
|---|---|---|---|

**A+L Development**
6 Hawthorne Ct.
Cherry Hill, NJ 08003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00** |
|---|---|---|---|

**Acciavatti, Thomas**
c/o FKB LLC
2001 Kitty Hawk Ave.
Building 990
Philadelphia, PA 19112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/2022

Basis for the claim:  **Prepetition Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.93** |
|---|---|---|---|

**Acclaim Lighting**
6122 S. Eastern Ave.
Los Angeles, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,489.32** |
|---|---|---|---|

**ADT Commercial**
PO Box 382109
Pittsburgh, PA 15251-8109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,950.00 |
|---|---|---|---|

**Air Cargo Entertainment Services (ACES)**
**6355 S. Cimarron Rd., Ste. 190**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,900.00 |
|---|---|---|---|

**All Phases Electric**
**6301 Hegerman St.**
**Philadelphia, PA 19135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,280.55 |
|---|---|---|---|

**Amazon**
**410 Terry Ave N.**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AmTrust E & S Insurance Services, Inc.**
**101 Arch Street, Suite 1740**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  .

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Archetype Paint Studios**
**4500 Worth St.**
**Unit F**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,320.00 |
|---|---|---|---|

**Atelier**
**PO Box 56316**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.51 |
|---|---|---|---|

**Automatic Data Processing, Inc.**
**Attn: Legal Dept.**
**1 ADP Blvd.**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll Service**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,084.14** |
|---|---|---|---|

**Bank of America, N.A.**
**1600 JFK Blvd.**
**Attn: Legal Dept.**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Corporate Credit Card**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beckwith, Dylan**
**2201 Bryn Mawr Ave.**
**Apt. 201**
**Philadelphia, PA 19131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,807.00** |
|---|---|---|---|

**Blank Rome LLP**
**One Logan Square**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Burns & Wilcox Ins. Svcs.**
**101 California St., Ste. 974**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,331.66** |
|---|---|---|---|

**CFG Merchant Solutions, LLC**
**180 Maiden Lane, 15th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$218,227.49** |
|---|---|---|---|

**Citizens Bank, N.A.**
**One Citizens Plaza**
**Attn: Legal Dept.**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CM Restore & Clean**
**309 Fellowship Rd.**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Coat of Chrome**
316 N. Broadway
Unite #6
Wind Gap, PA 18091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$662.76**

**Cooper Pest Solutions**
PO Box 22302
New York, NY 10087-2302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00**

**Delaware River Port Authority**
NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.56**

**Dominion Energy**
4747 S Broad St.
Building 101
Philadelphia, PA 19112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Utility Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,002.86**

**ETT Fine Woods**
225 Lincoln Hwy.
Fairless Hills, PA 19030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,812.82**

**Expomobilia**
MCH Live Marketing Solutions AG
Im Langhag 2
8307 Effretikon-Zurich
SWITZERLAND 8307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$181,000.00**

**Farrell, Kevin F.**
215 Congress Ave.
Lansdowne, PA 19050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,470.95**

**Fessenden Hall, Inc.**
**1050 Sherman Ave.**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,659.70**

**Finnemore, Nicola Brent**
**131 Wythe Ave**
**Apt 1R**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,031.25**

**Frankford Plating**
**2505 Orthodox Street**
**Philadelphia, PA 19137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,692.68**

**Generation 3 Electric**
**1257 S. 26th St.**
**Philadelphia, PA 19146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,377.37**

**Gill Power Coating**
**PO Box 365**
**1340 Ford Rd.**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,700.00**

**GNP Design Group**
**2793 Bristol Pike**
**Suite A**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$463,238.00**

**Hard Six, LLC**
**c/o Ballard Spahr LLP**
**919 N. Market Street, 11th Floor**
**Attn: Matthew G. Summers**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,485.00** |
|---|---|---|---|

**Hart & Son Inc.**
**PO Box 107**
**Glenolden, PA 19036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,404.31** |
|---|---|---|---|

**Henderson Engineers**
**111 S. Independence Mall E**
**Suite 607**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,770.72** |
|---|---|---|---|

**Idea 247, Inc.**
**c/o Justin Leto**
**200 SE 1st St., Ste. 703**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,221.63** |
|---|---|---|---|

**Impact Loan Fund, Inc.**
**1952 E. Allegheny Ave., 3rd Fl.**
**Philadelphia, PA 19134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,338.88** |
|---|---|---|---|

**Independence Blue Cross**
**Attn: Legal Department**
**P.O. Box 8240**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Benefits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,188.10** |
|---|---|---|---|

**Interior Architects, Inc.**
**500 Sansome Street**
**8th Floor**
**San Francisco, CA 94111-3224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,251.87** |
|---|---|---|---|

**IPFS Corporation**
**170 Northpointe Pkwy., Ste. 300**
**Amherst, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Premium Financing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**

**James J. Mc Kay CPA**
**2530 Turner Road**
**Willow Grove, PA 19090**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**JF Martin, Inc.**
**4170 Richmond Street**
**Philadelphia, PA 19137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,602.73**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**JJSC Consulting LLC**
**19269 SW Gassner Rd.**
**Beaverton, OR 97007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**JK Trash Removal Inc**
**PO Box 254**
**Gradyville, PA 19039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$698.23**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Joseph Fazzio's Inc.**
**2760 Glassboro-Cross Keys Rd.**
**Glassboro, NJ 08028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,626.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**JPMorgan Chase Bank, N.A.**
**270 Park Avenue**
**Attn: Legal Dept.**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenditures on J. Spetrino credit card**

Is the claim subject to offset? ■ No ☐ Yes

**$30,866.47**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**JR Electric LLC**
**1258 Durham**
**New Hope, PA 18938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.38**

**Kyocera**
**225 Sand Road**
**PO Box 40008**
**Fairfield, NJ 07004-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Liberty Display**
**1500 Kings Hwy.**
**Haddon Heights, NJ 08035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Liberty Mutual Insurance Company**
**PO Box 2839**
**New York, NY 10116-2839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lin Engineering**
**16245 Vineyard Blvd.**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,022.70**

**Manning, Cynthia**
**c/o FKB LLC**
**2001 Kitty Hawk Avenue**
**Building 900**
**Philadelphia, PA 19112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Expense Reimbursement**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,649.66**

**Marcum Accountants**
**1601 Market St**
**4th Fl**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,465.00**

**Mastromarco & Nitowski Group LLC**
**7428 Githens Ave**
**Pennsauken, NJ 08109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069.00 |
|---|---|---|---|

**McCoy Advising**
**344 Florence Ave**
**Warminster, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,232.87 |
|---|---|---|---|

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311,500.00 |
|---|---|---|---|

**Milch, Neal**
**461 Doughty Boulevard**
**Inwood, NY 11096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,765.60 |
|---|---|---|---|

**Monday.com**
**6 Yitzhak Sadeh Street**
**Tel Aviv, ISRAEL 6777506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,527.36 |
|---|---|---|---|

**Navy Yard Tenant Funds**
**P.A.I.D.**
**PNC Bank**
**P.O. Box 822994**
**Philadelphia, PA 19192-2994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rent**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NJ EZ Pass**
**PO Box 4971**
**Trenton, NJ 08650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,988.20 |
|---|---|---|---|

**Northeast Fence & Iron Work**
**8451 Hegerman St.**
**Philadelphia, PA 19136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Northwestern Mutual Life**
**Attn: Legal Dept.**
**720 E. Wisconsin Avenue**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Employee Benefits__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,188.00**

**PBA Construction, Inc.**
**499 Grays Ave.**
**Philadelphia, PA 19143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,411.20**

**Pennway Corporation**
**1003 Washington Ave.**
**Croydon, PA 19021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Philadelphia Gas Works**
**1601 S. Broad St.**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility Services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Philly Wisper**
**PO Box 3798**
**Philadelphia, PA 19125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,434.99**

**Phillywide Disposal**
**91 Quail Hollow Dr.**
**Sewell, NJ 08080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Plaza American 2800 LLC**
**2727 N. American St.**
**Philadelphia, PA 19133**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Former leased premises__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Quality Fuel**
**550 Crescent Blvd.**
**West Collingswood, NJ 08107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,003.50**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Quickparts Acquisition, Inc. (US)**
**620 S. Industrial Way**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,384.04**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**RCR Electrical Contractors Inc.**
**209 W. Broad St.**
**Palmyra, NJ 08065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,052.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Retail Capital LLC**
**dba Credibly**
**25200 Telegraph Rd., Suite 350**
**Southfield, MI 48033**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$77,006.16**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Revzilla**
**4020 S. 26th St.**
**Philadelphia, PA 19112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Prior Tenant at Current Location**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Roe Marketing Group, Inc.**
**dba Berry & Homer**
**201 Claytron St.**
**Chester, PA 19013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**RT Philadelphia**
**1650 Arch St., Ste. 2600**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**SC&H Group Inc.**
**910 Ridgebrook Rd.**
**Sparks, MD 21152**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.35** |
|---|---|---|---|

**Sherwin Williams Co.**
**827 Spring Garden St.**
**Philadelphia, PA 19123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.93** |
|---|---|---|---|

**Sirlin Lesser & Benson P.C.**
**123 S. Broad St.**
**Attn: Dana S. Plon**
**Philadelphia, PA 19109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,861.23** |
|---|---|---|---|

**Smucker Laser Cutting**
**543 Strasburg Pike**
**Lancaster, PA 17602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Spearhead Graphics LLC**
**305 Northridge Rd**
**Highlands Rance, CO 80126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$180,500.00** |
|---|---|---|---|

**Spetrino, Denise**
**c/o FKB LLC**
**2001 Kitty Hawk Avenue**
**Building 900**
**Philadelphia, PA 19112**

Date(s) debt was
incurred  **12/27/2022 and 1/25/2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepetition loans**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,091.32** |
|---|---|---|---|

**Spetrino, John**
**c/o FKB LLC**
**2001 Kitty Hawk Avenue**
**Building 900**
**Philadelphia, PA 19112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expense Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Standard Life Insurance**
Attn: Legal Dept.
900 SW Fifth Ave.
Portland, OR 97204-1282

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,860.00**

**The FGX Group**
26 Treaty Dr.
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,275.00**

**The Spalted Trunk**
2204 Rodman Road
Building A
Wilmington, DE 19805

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,852.53**

**The Standard**
PO Box 82622
Lincoln, NE 68501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Topline Construction**
1201 Maple St.
Conshohocken, PA 19428

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travelers Excess and
Surplus Lines Company**
One Tower Square
Hartford, CT 06183

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Tri Steel Corp**
512 Swedesboro Ave.
Mickleton, NJ 08056

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,568.16 |
|---|---|---|---|

**TSC Builders Inc.**
**50 Steeplechase Dr.**
**Doylestown, PA 18901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,035.65 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680-1740**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Underwriters of Lloyd's, London**
**c/o Freberg Environmental, Inc.**
**1800 Wazee Street**
**Suite 300**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,405.80 |
|---|---|---|---|

**United Concordia Dental**
**Attn: Legal Department**
**1800 Center Street**
**Suite 2B 220**
**Camp Hill, PA 17011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Benefits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,462.29 |
|---|---|---|---|

**United Rentals NA, Inc.**
**100 First Stamford Place**
**Stamford, CT 06902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,254.17 |
|---|---|---|---|

**UPS**
**PO Box 650116**
**Dallas, TX 75265-0116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.31 |
|---|---|---|---|

**US Bank Equip. Finance**
**PO Box 790448**
**St. Louis, MO 63179-0448**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,725.00**

**Utica National Insurance Group**
P.O. Box 6532
Utica, NY 13504-6532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.00**

**Very Good Signs Co.**
32 Germany Drive
Suite D
Wilmington, DE 19804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Villanova Insurance Partners**
1016 W. 8th Ave., Ste. A
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Visual Solutions Group**
6 San Marco
Aliso Viejo, CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,259.64**

**Waterloo Printing**
1502 Valleyridge Drive, Unit B
Austin, TX 78704-6048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wicked Amusements, LLC**
61 Exchange St.
Malden, MA 02148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,934.00**

**Zober Industries**
500 Coventry Ave.
Croydon, PA 19021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **FKB LLC** | Case number (if known) | **23-11371** |
|--------|-------------|------------------------|--------------|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **All Phases Electric**<br>**9015 West Chester Pike**<br>**Upper Darby, PA 19082** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **All Phases Electric, LLC**<br>**c/o "J" Jackson Shrum**<br>**919 N. Market St., Ste. 1410**<br>**Wilmington, DE 19801** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Cozen O'Connor**<br>**Attn: Frederick (Erick) Schmidt, Jr.**<br>**3 WTC, 175 Greenwich St.**<br>**55th Floor**<br>**New York, NY 10007** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cozen O'Connor**<br>**Attn: Marla S. Benedek & Michael Crossey**<br>**One Liberty Place**<br>**1650 Market Street, Suite 2800**<br>**Philadelphia, PA 19103** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **IPFS Corporation**<br>**PO Box 412086**<br>**Kansas City, MO 64141-2086** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **IPFS Corporation**<br>**Attn: Lisa R. Chandler**<br>**Litigation & Bankruptcy Recovery Manager**<br>**30 Montgomery Street, Suite 501**<br>**Jersey City, NJ 07302** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Liberty Mutual Insurance Company**<br>**Ohio Security Insurance Company**<br>**512 E. Township Line Rd, Ste. 300**<br>**Three Valley Square**<br>**Blue Bell, PA 19422** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Liberty Mutual Insurance Company**<br>**175 Berkeley St 6th Floor**<br>**Boston, MA 02116** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Navy Yard Tenant Funds**<br>**4747 South Broad Street**<br>**Building 101, Suite 120**<br>**Philadelphia, PA 19112** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Pamela Elchert Thurmond**<br>**City of Phila. Law Dept.**<br>**Municipal Services Bldg.**<br>**1401 JFK Blvd., 5th Fl.**<br>**Philadelphia, PA 19102-1595** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Pennsylvania Department of Revenue**<br>**PO Box 280905**<br>**Harrisburg, PA 17128-0904** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **FKB LLC** | | Case number (if known) | **23-11371** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | **Retail Capital LLC<br>dba Credibly<br>1501 W. Fountainhead Pkwy.<br>Suite 630<br>Tempe, AZ 85282** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Utica National Insurance Group<br>180 Genesee Street<br>New Hartford, NY 13413** | Line **3.97**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,601,346.96 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,601,346.96 |

**Fill in this information to identify the case:**

Debtor name    **FKB LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **23-11371**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Independent Contractor Agreement, dated as of March 7, 2023**<br><br><br><br>**Bracegirdle, Anne**<br>**2300 Walnut Street, #619**<br>**Philadelphia, PA 19103** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Statement of Work / Work Order No. 1**<br><br><br><br>**CIVIO Studio**<br>**Attn: Eli W.R. Robbins**<br>**1932 S. 15th St.**<br>**Philadelphia, PA 19145** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master EFA Agreement and Equipment Schedule, each dated as of September 20, 2022**<br>**Exp. 9/22/2028**<br><br>**First-Citizens Bank & Trust Company a/k/a CIT Bank**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Value Lease Agreement and Maintenance Agreement for Kyocera Taskalfa 2254CI**<br><br><br>**Kyocera Document Solutions Mid-Atlantic,**<br>**1320 Innovation Street, Suite M-Q**<br>**Middle River, MD 21220** |

Debtor 1  **FKB LLC**

First Name _____ Middle Name _____ Last Name _____

Case number (*if known*)  **23-11371**


**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Finance Agreement, dated as of September 30, 2022** | |
| State the term remaining — **Exp. 9/30/2027** | **Mitsubishi HC Capital America, Inc.** **7201 Metro Boulevard** **Suite 800** **Minneapolis, MN 55439** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Industrial Lease Agreement, dated February 8, 2022, for Building 990 at the Navy Yard, 2001 Kitty Hawk Avenue, Philadelphia, PA 19112, as amended by that First Amendment of Lease Agreement dated July 11, 2022 and effective June 30, 2022, and as amended by that Second Amendment of Lease Agreement dated January 17, 2023** | |
| State the term remaining — **Exp. January 31, 2033** | **Philadelphia Authority for Indus. Dev.** **1500 Market Street** **Suite 3500 West** **Philadelphia, PA 19102** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **FKB LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **23-11371**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Clifford James Barlow** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **NU Direction Lending, LLC** | ■ D  __2.3__  ☐ E/F _____  ☐ G _____ |
| 2.2 | **Clifford James Barlow** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **First-Citizens Bank & Trust Company** | ■ D  __2.1__  ☐ E/F _____  ☐ G _____ |
| 2.3 | **Clifford James Barlow** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Mitsubishi HC Capital America, Inc.** | ■ D  __2.2__  ☐ E/F _____  ☐ G _____ |
| 2.4 | **Clifford James Barlow** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D _____  ■ E/F  __3.37__  ☐ G _____ |

| Debtor | **FKB LLC** | Case number *(if known)* | **23-11371** |
|---|---|---|---|

| ▮ | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Clifford James Barlow** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **Idea 247, Inc.** | ☐ D _____ ▮ E/F ___3.36___ ☐ G _____ |
| 2.6 | **Clifford James Barlow** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **Retail Capital LLC** | ☐ D _____ ▮ E/F ___3.72___ ☐ G _____ |
| 2.7 | **Clifford James Barlow** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **CFG Merchant Solutions, LLC** | ☐ D _____ ▮ E/F ___3.17___ ☐ G _____ |
| 2.8 | **Cynthia (Cindy) Manning** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D _____ ▮ E/F ___3.37___ ☐ G _____ |
| 2.9 | **Denise Spetrino** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D _____ ▮ E/F ___3.37___ ☐ G _____ |
| 2.10 | **John Spetrino** | **c/o FKB LLC** **2001 Kitty Hawk Avenue** **Building 900** **Philadelphia, PA 19112** | **NU Direction Lending, LLC** | ▮ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | **FKB LLC** | Case number *(if known)* | **23-11371** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.11 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **First-Citizens Bank & Trust Company** | ■ D  **2.1**<br>☐ E/F  _____<br>☐ G  _____ |

| 2.12 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **Mitsubishi HC Capital America, Inc.** | ■ D  **2.2**<br>☐ E/F  _____<br>☐ G  _____ |

| 2.13 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **Citizens Bank, N.A.** | ☐ D  _____<br>■ E/F  **3.18**<br>☐ G  _____ |

| 2.14 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D  _____<br>■ E/F  **3.37**<br>☐ G  _____ |

| 2.15 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **Idea 247, Inc.** | ☐ D  _____<br>■ E/F  **3.36**<br>☐ G  _____ |

| 2.16 | **John Spetrino** | **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **Retail Capital LLC** | ☐ D  _____<br>■ E/F  **3.72**<br>☐ G  _____ |

| Debtor | **FKB LLC** | Case number *(if known)* | **23-11371** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.17 | **John Spetrino** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **CFG Merchant Solutions, LLC** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.18 | **Sara Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.19 | **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **NU Direction Lending, LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.20 | **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **First-Citizens Bank & Trust Company** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.21 | **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Impact Loan Fund, Inc.** | ☐ D _____ ■ E/F __3.37__ ☐ G _____ |
| 2.22 | **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Idea 247, Inc.** | ☐ D _____ ■ E/F __3.36__ ☐ G _____ |

| Debtor | **FKB LLC** | Case number *(if known)* | **23-11371** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|
| 2.23 **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Retail Capital LLC**  ☐ D _____  ■ E/F __3.72__  ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name      **FKB LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **23-11371**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  9, 2023**          X **/s/ Clifford James Barlow**
                                              Signature of individual signing on behalf of debtor

                                           **Clifford James Barlow**
                                              Printed name

                                           **Manager**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**