## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| FKB LLC, | Case No. 23-11371 (PMM) |
| Debtor.[1] | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

FKB LLC the debtor and debtor-in-possession ("Debtor") in the above captioned chapter 11, subchapter V case (the "Subchapter V Case"), is filing its schedules of assets and liabilities (collectively with all attachments, the "Schedules") and its Statement of Financial Affairs (collectively with all attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"). The Debtor has made a reasonable and good faith effort to prepare the Schedules and Statements in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

The Schedules and Statements were prepared from financial data derived from the Debtor's books and records that were available at the time of preparation. While the Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtor may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

The Schedules and Statements are signed by the Debtor's Manager and Chief Executive Officer, Clifford James Barlow. In reviewing and signing the Schedules and Statements, Mr. Barlow necessarily relied upon the efforts, statements, and representations of the Debtor's professional advisors and employees. Mr. Barlow has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements

---

[1] FKB LLC has an address of 2001 Kitty Hawk Avenue, Building 990, Philadelphia, PA 19112, and the last four digits of its EIN number are 5991.

and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in the Debtor's Schedules or Statements. Disclosure of information in one or more Schedules, in the Statements, or in one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.      ***Description of Case.***  On May 10, 2023 (the "Petition Date"), the Debtor filed a voluntary petition [D.I. 1] for relief under chapter 11, subchapter V, of the Bankruptcy Code with the Bankruptcy Court. The Debtor is continuing in possession of its property and is operating and managing its business, as debtor-in-possession, pursuant to Bankruptcy Code section 1184. No trustee, examiner, or statutory committee has been appointed in this Subchapter V Case. On May 11, 2023, the Office of the United States Trustee for Region 3 appointed Richard E. Furtek as the Subchapter V Trustee [D.I. 10]. Also on May 11, 2023, the Debtor filed, among other things, a motion [D.I. 21] seeking approval of certain bidding procedures to govern the sale process for substantially all of the Debtor's assets, which sale is due to close by June 30, 2023. Further information regarding the Debtor's business, debt structure, and the events leading to the filing of the Subchapter V Case are set forth in the *Declaration of Clifford James Barlow in Support of Voluntary Petition and First Day Motions* (the "First Day Declaration") [D.I. 19].

2.      ***"As Of" Information Date.***  To the best of the Debtor's knowledge, the asset information provided herein, except as expressly noted otherwise, with respect to (i) all claim amounts listed in Schedule E/F and the values of the Debtor's assets listed in Schedule A/B are as of May 9, 2023, except as otherwise set forth herein and (ii) all other data is as reflected from the Debtor's records as of December 31, 2022. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtor reserves all of rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.      ***General Reservation of Rights.*** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (a) liability, or (b) amounts due or owed, if any, by the Debtor. Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Subchapter V Case, including issues involving

Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.    *GAAP.*  Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

5.    *Causes of Action.*  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of the estate's causes of action or potential causes of action against third parties as assets in the Schedules and Statements.  The Debtor, on behalf of itself and the estate, reserves all rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, crossclaim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") the estate may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

6.    *Recharacterization.*  The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtor may not have accurately characterized, classified, categorized, or designated certain items.  The Debtor reserves all of rights to re-characterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate.

7.    *Liabilities.*  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtor reserves the right to amend the Schedules and Statements as it deems appropriate in this regard.

8.    *Excluded Assets and Liabilities.*  The Debtor has excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses.  The Debtor has excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or de minimis assets and liabilities may have been excluded.

9.      ***Property and Equipment.***   Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect thereto.

10.     ***Inventory.***   It would be prohibitively expensive, unduly burdensome, and time-consuming to physically inspect all inventory held by the Debtor.  Accordingly, to the extent inventory is disclosed, referenced, and/or described in the Schedules and Statements, such disclosures are the product of a "cycle count" of the Debtor's inventory.

11.     ***Estimates.***   To prepare and file the Schedules and Statements in accordance with the deadline established in this Subchapter V Case, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

12.     ***Fiscal Year.***  The Debtor's fiscal year ends on December 31.

13.     ***Currency.***  All amounts are reflected in U.S. dollars.

14.     ***Executory Contracts.***  Although the Debtor has made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claim(s) held by any counterparty to such contract or lease.  Further, while the Debtor has made reasonable efforts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.  The Debtor reserves all of rights with respect to all executory contracts and the named parties thereto, and reserves the right to amend Schedule G.

15.     ***Leases.***  The Debtor has not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding as of the Petition Date, the lease counterparty has been included on Schedule E/F of the Schedules.

16.     ***Insiders.***  The Debtor has attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."   An individual or entity is designated as an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiedly dictate corporate policy and the disposition of corporate assets.  The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.  Further, certain of the individuals identified above may not have been insiders for the entirety of the 12-month period, but the Debtor has included them herein out of an abundance of caution.  The Debtor

reserves all rights with respect thereto.  The failure to list a party as an "insider" is not intended to be, nor should it be, construed as an admission that such party is not an "insider," and the Debtor reserves all rights with respect thereto.

17.    ***Totals.***  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

18.    ***Unliquidated Claim Amounts.***  Claim amounts that could not be quantified by the Debtor are scheduled as "unliquidated."

19.    ***Undetermined Amounts.***  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

20.    ***Setoffs.***  The Debtor may incur certain offsets and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, but not limited to, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its customers or vendors.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although the impact of such offsets and other similar rights may have been accounted for when certain net amounts were included in the Schedules, offsets are not independently accounted for, and as such, are not included separately in the Schedules and Statements.

21.    ***Credits and Adjustments.***  The claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of rights respecting such credits, allowances, and other adjustments.

22.    ***Guaranties and Other Secondary Liability Claims.***  The Debtor has used its best efforts to locate and identify guaranties, co-debtors, and other secondary liability claims (collectively, the "Guaranties") in the Debtor's executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of such agreements remains ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule.

23.    ***Mechanic's Liens.***  The property and equipment listed in the Schedules are presented without consideration of any mechanic's, materialman's, or other similar statutory liens. Such liens may apply, and the Debtor reserves all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

24.    ***Global Notes Control.***  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtor's Schedules**

1.      ***Schedule A/B.***  The Debtor's failure to list any rights in property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

The current value of the Debtor's interest in its bank accounts listed on Schedule A/B is as of May 9, 2023 and includes cash that was projected to be received postpetition but which was received just prior to the Petition Date.

All accounts receivable are listed at their face amount.

In the ordinary course of its business, the Debtor has certain wood, metal, or other raw materials, supplies, and/or work in progress related to its business  The value of any such assets is unknown, but is not believed to be material.

In the ordinary course of its business, the Debtor maintains various office furniture and computer equipment, as well as a number of pieces of machinery, tools, and other equipment used in its business.  The values listed on Schedule A/B for such assets are the net book values as of May 9, 2023, according to the Debtor's books and records.  Certain assets had been fully depreciated as of the Petition Date and/or the current fair market values are unknown and, accordingly, the present value of such assets is listed as "unknown" of Schedule A/B.

The estate may have certain Causes of Action against third parties.  The present value of such Causes of Action is currently unknown.  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all estate Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtor, on behalf of itself and the estate, reserves all rights with respect to any Causes of Action that the estate may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

2.      ***Schedule D.***  As described more fully in the First Day Declaration, the Debtor had a fairly complex capital structure for a business of its size.  The Debtor believes that numerous parties asserted a security interest in certain assets or substantially all of the Debtor's assets. However, not all of these parties had perfected any such security interest as of the Petition Date. The parties listed on Schedule D are, to the Debtor's knowledge and belief, those who held a properly perfected security interest in assets of the Debtor as of the Petition Date, based upon the Debtor's reasonable best estimate of the value of such assets as of the Petition Date.

Schedule D includes, among other things, the total amounts under two equipment financing agreements that were outstanding as of the Petition Date, according to the Debtor's books and records.  Such amounts are payable in installments over time.  Moreover, such amounts may be satisfied in whole or in part in connection with the assumption, or assumption and assignment, of a such agreements.

The listing of any claim on Schedule D does not constitute an admission by the Debtor that such claim is a secured claim under the Bankruptcy Code.

3.        ***Schedule E/F, General Note.***  Unless otherwise indicated, all claim amounts listed on Schedule E/F are the amounts reflected in the Debtor's books and records as of Petition Date.

4.        ***Schedule E/F, Part 1: Creditors Holding Priority Unsecured Claims.***  The listing of any claim on Schedule E/F does not constitute an admission by the debtor that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtor reserves all rights to dispute the amount and the priority status of any claim on any basis at any time.  All claims listed on Schedule E/F, Part 1 are claims arising in the ordinary course prior to the Petition Date.  Certain of such claims, however, may be subject to ongoing audits and the Debtor is otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F.  Accordingly, the Debtor has listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.

On May 16, 2023, the Bankruptcy Court entered the *Order Granting Debtor's Motion for Entry of an Order (i) Authorizing the Debtor to (a) Pay Pre-Petition Employee Wages, Salaries, Other Compensation and Reimbursable Employee Expenses, and (b) Maintain Employee Benefit Programs; and (ii) Granting Related Relief* [D.I. 64] (the "<u>Prepetition Wage Order</u>").  Among other things, the Prepetition Wage Order authorized the Debtor to pay certain prepetition obligations owed to its employees, in particular, the prepetition stub period of the biweekly payroll period that straddled the Petition Date, subject to the priority cap in 11 U.S.C. §§ 507(a)(4); (a)(5).  Such amounts were paid to the employees as part of the first payroll made after the Petition Date.  The Debtor believes that, as a result of those payments, all prepetition wage and other obligations to its employees have been paid, with the exception of two individuals whose expense reimbursement amounts exceeded the priority cap.  The general unsecured claims of those two individuals have been listed **<u>net</u>** of the amounts paid to them under the Prepetition Wage Order.  With the exception of those two individuals, the Debtor has not listed other employees on Schedule E/F.

5.        ***Schedule E/F, Part 2: Creditors Holding Non-Priority Unsecured Claims.***  The Debtor has used its reasonable best efforts to list on Schedule E/F all general unsecured claims against the Debtor as of the Petition Date, based upon the Debtor's existing books and records.

Certain parties listed on Schedule E/F may assert that they are entitled to priority under section 503(b)(9) of the Bankruptcy Code.  The Debtor has not made any determination at this time as to whether any 503(b)(9) claims might exist and expressly reserves all rights on behalf of itself and the estate.

The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtor reserves all rights to assert any such setoff or recoupment rights.  Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtor for amounts listed on Schedule E/F.  The Debtor reserves all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts may be reflected on

the Debtor's books and records in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent any specific claims as the Petition Date.

Schedule E/F does not include reserves for any potential unliquidated contingencies that may have been carried on the Debtor' books as of the Petition Date; any such reserves would be potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor did not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding a pending EEOC claim against the Debtor. The amount is listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to certain counterparties to executory contracts or unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases, to the extent such damage claims exist, that have been or may be rejected.

The Debtor has made reasonable efforts to locate and identify the Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which the Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtor reserves all rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtor reserves the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or claim whether by amending the Schedules and Statements or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

## Specific Disclosures with Respect to the Debtor's Statements

*1.* **Statement 1.** The gross revenue figure for the current fiscal year includes January and February 2023 only. The figures for the prior fiscal year as are of December 31, 2022.

*2.* **Statement 3.** Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement Question 4) and employee payroll and benefits. The amounts listed in Statement 3 reflect the Debtor's disbursements at check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

3. **Statement 4.** Statement 4 lists transfers within one year prior to the Petition Date to insiders, including payroll and expense reimbursements paid to the Debtor's members and the spouse of one of the Debtor's members who is an employee, as well as payments for prepetition loans that were guaranteed by one or more of the members. Further information is provided in response to Statement Question 30. Amounts paid on behalf of such individuals for certain health insurance or other employee benefits plans are not included.

4. **Statement 6.** The Debtor may incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, negotiations, or disputes between Debtor and its customers regarding regulatory or governmental imposition costs incurred by Debtor, and other disputes between the Debtor and its customers or suppliers. It would be unduly burdensome and costly for the Debtor to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from Statement 6. In addition, some amounts listed on the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtor is not yet aware. The Debtor, on behalf of itself and the estate, reserves all rights to challenge any setoff and/or recoupment rights that may be asserted.

5. **Statement 7.** Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date. It is possible that certain suits and proceedings may have been unknown to the Debtor as of the Petition Date or otherwise inadvertently left off Statement 7. Accordingly, the Debtor reserves all rights to amend or supplement the response to Statement Question 7.

Further, the Debtor, on behalf of itself and the estate, reserves all rights, claims, counterclaims, defenses, and arguments with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor. Any information contained in Statement 7 shall not be a binding representation of the Debtor with respect to any of the suits and proceedings identified therein.

6. **Statement 11.** Out of an abundance of caution, the Debtor has included payments to all professionals who have provided consultation regarding debt or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date or rendered any advice related to the Debtor's bankruptcy proceedings in Statement 11. Additional information regarding the Debtor's employment of professional service firms is more fully described in the individual employment applications for those firms filed with the Bankruptcy Court.

7. **Statement 26d**. The Debtor has provided financial statements in the ordinary course of its business to certain lenders, creditors, or other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtor's knowledge, the Debtor has

not disclosed any parties that may have received such financial statements for the purposes of Statement 26d.  To assemble the extensive list of recipients would be unduly burdensome.

**Fill in this information to identify the case:**

Debtor name **FKB LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **23-11371**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $787,660.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $7,820,609.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **FKB LLC**                                                    Case number *(if known)*  **23-11371**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Amazon**<br>**410 Terry Ave N.**<br>**Seattle, WA 98109** | **2/13/2023**<br>**$105.99**<br>**2/14/2023**<br>**$20.13**<br>**2/14/2023**<br>**$250.14**<br>**2/14/2023**<br>**$21.18**<br>**2/14/2023**<br>**$52.99**<br>**2/14/2023**<br>**$13.77**<br>**2/14/2023**<br>**$994.16**<br>**2/14/2023**<br>**$233.18**<br>**2/15/2023**<br>**$33.40**<br>**2/15/2023**<br>**$17.01**<br>**2/15/2023**<br>**$25.43**<br>**2/15/2023**<br>**$528.24**<br>**2/15/2023**<br>**$64.50**<br>**2/23/2023**<br>**$43.46**<br>**2/25/2023**<br>**$58.92**<br>**3/6/2023**<br>**$8.47**<br>**3/7/2023**<br>**$84.69**<br>**3/9/2023**<br>**$8.47**<br>**3/16/2023**<br>**$76.43**<br>**3/17/2023**<br>**$56.75**<br>**3/17/2023**<br>**$7.37**<br>**3/20/2023**<br>**$75.13**<br>**3/27/2023**<br>**$30.32**<br>**4/5/2023**<br>**$343.20**<br>**4/6/2023**<br>**$74.19**<br>**4/6/2023**<br>**$82.80** | **$3,310.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **FKB LLC**                                                    Case number *(if known)* **23-11371**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Amazon**<br>**410 Terry Ave N.**<br>**Seattle, WA 98109** | 4/11/2023<br>$400.62<br>4/11/2023<br>$119.78<br>4/12/2023<br>$21.18<br>4/12/2023<br>$63.55<br>4/12/2023<br>$74.19<br>4/13/2023<br>$60.42<br>4/19/2023<br>$172.53<br>4/20/2023<br>$96.96<br>4/21/2023<br>$596.78<br>4/22/2023<br>$132.16<br>4/22/2023<br>$132.16<br>4/25/2023<br>$201.23<br>4/26/2023<br>$2,387.12<br>4/29/2023<br>$21.19<br>4/29/2023<br>$21.19<br>5/2/2023<br>$44.44<br>5/3/2023<br>$23.31<br>5/3/2023<br>$71.44 | $4,640.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Archer & Greiner, P.C.**<br>**Three Logan Square**<br>**1717 Arch Street, Suite 3500**<br>**Philadelphia, PA 19103** | 4/18/2023<br>$51,738.00<br>5/5/2023<br>$35,000.00 | $86,738.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Prepetition retainer** |
| 3.4. **Bracegirdle, Anne**<br>**2300 Walnut Street, #619**<br>**Philadelphia, PA 19103** | 3/29/2023<br>$8,500.00<br>4/26/2023<br>$17,215.90 | $25,715.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Chesapeake Plywood, LLC**<br>**3400 East Biddle Street**<br>**Baltimore, MD 21213** | 4/21/2023<br>$8,012.28<br>4/26/2023<br>$3,650.58<br>5/3/2023<br>$3,673.08 | $15,335.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **FKB LLC**                                                  Case number *(if known)* **23-11371**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **Coyote Logistics**<br>**2545 W. Diversey Ave**<br>**3rd Floor**<br>**Chicago, IL 60647** | **2/22/2023**<br>**$4,400.00**<br>**2/28/2023**<br>**$786.48**<br>**3/7/2023**<br>**$2,650.00**<br>**3/9/2023**<br>**$743.56**<br>**4/6/2023**<br>**$3,992.00**<br>**4/14/2023**<br>**$4,850.00**<br>**4/21/2023**<br>**$775.00**<br>**5/3/2023**<br>**$563.86**<br>**5/4/2023**<br>**$600.00** | **$19,360.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Fessenden Hall, Inc.**<br>**1050 Sherman Ave.**<br>**Pennsauken, NJ 08110** | **2/10/2023**<br>**$5,000.00**<br>**3/14/2023**<br>**$3,255.56** | **$8,255.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Independence Blue Cross**<br>**Attn: Legal Department**<br>**P.O. Box 8240**<br>**Philadelphia, PA 19101** | **3/31/2023**<br>**$23,513.38** | **$23,513.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee benefits plan** |
| 3.9. **Interior Architects, Inc.**<br>**500 Sansome Street**<br>**8th Floor**<br>**San Francisco, CA 94111-3224** | **2/10/2023**<br>**$21,704.75** | **$21,704.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **IPFS Corporation**<br>**170 Northpointe Pkwy., Ste. 300**<br>**Amherst, NY 14228** | **2/14/2023**<br>**$2,735.27**<br>**3/9/2023**<br>**$1,137.71**<br>**3/20/2023**<br>**$2,735.27**<br>**4/21/2023**<br>**$1,137.71**<br>**4/21/2023**<br>**$2,735.27**<br>**5/1/2023**<br>**$2,697.79** | **$13,179.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premium finance** |

Debtor  **FKB LLC**                                                                    Case number *(if known)* **23-11371**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.11. | **Joseph Fazzio's Inc.**<br>**2760 Glassboro-Cross Keys Rd.**<br>**Glassboro, NJ 08028** | 3/14/2023<br>$4,944.47<br>3/17/2023<br>$3,807.16<br>3/27/2023<br>$3,601.57<br>3/14/2023<br>$659.07 | $13,012.27 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Liberty Mutual Insurance Company**<br>**PO Box 2839**<br>**New York, NY 10116-2839** | 4/28/2023<br>$10,638.23 | $10,638.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.13. | **Monday.com**<br>**6 Yitzhak Sadeh Street**<br>**Tel Aviv, ISRAEL 6777506** | 2/10/2023<br>$6,382.80<br>5/1/2023<br>$6,382.80 | $12,765.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Navy Yard Tenant Funds**<br>**P.A.I.D.**<br>**PNC Bank**<br>**P.O. Box 822994**<br>**Philadelphia, PA 19192-2994** | 2/10/2023<br>$23,369.63<br>2/13/2023<br>$1,000.00 | $24,369.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.15. | **Philadelphia Gas Works**<br>**1601 S. Broad St.**<br>**Philadelphia, PA 19148** | 3/7/2023<br>$3,030.46<br>4/3/2023<br>$3,814.00<br>5/2/2023<br>$2,978.31 | $9,822.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utility service** |
| 3.16. | **SC&H Group Inc.**<br>**910 Ridgebrook Rd.**<br>**Sparks, MD 21152** | 4/19/2023<br>$30,000.00<br>5/5/2023<br>$10,000.00<br>5/10/2023<br>$15,000.00 | $55,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Prepetition retainer** |
| 3.17. | **Spearhead Graphics LLC**<br>**305 Northridge Rd**<br>**Highlands Rance, CO 80126** | 2/21/2023<br>$5,474.00<br>4/28/2023<br>$3,574.00 | $9,048.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Superior Stage Crew, Inc.**<br>**575 Dawson Dr.**<br>**Suite 214**<br>**Camarillo, CA 93012** | 4/21/2023<br>$7,788.50 | $7,788.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **FKB LLC**

Case number *(if known)*    **23-11371**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.19. **United Healthcare**<br>**P.O. Box 1459**<br>**Minneapolis, MN 55440-1459** | **3/1/2023**<br>**$26,533.86**<br>**5/3/2023**<br>**-$4,072.62** | **$22,461.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee benefits plan** |
| 3.20. **Utica National Insurance Group**<br>**P.O. Box 6532**<br>**Utica, NY 13504-6532** | **4/12/2023**<br>**$63,862.00** | **$63,862.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.21. **Visual Infinity**<br>**215 Congress Ave**<br>**Lansdowne, PA 19050** | **3/31/2023**<br>**$18,750.00** | **$18,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Visual Solutions Group**<br>**6 San Marco**<br>**Aliso Viejo, CA 92656** | **4/14/2023**<br>**$4,100.00**<br>**5/3/2023**<br>**$4,117.03** | **$8,217.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **Wicked Amusements, LLC**<br>**61 Exchange St.**<br>**Malden, MA 02148** | **4/28/2023**<br>**$10,000.00** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor    **FKB LLC**                                                                     Case number *(if known)* **23-11371**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Acciavatti, Thomas**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **5/20/2022**<br>**$5,000.00**<br>**6/3/2022**<br>**$5,000.00**<br>**6/17/2022**<br>**$5,000.00**<br>**7/1/2022**<br>**$5,000.00**<br>**7/15/2022**<br>**$5,000.00**<br>**7/29/2022**<br>**$5,000.00**<br>**8/12/2022**<br>**$5,000.00**<br>**8/26/2022**<br>**$5,000.00**<br>**9/9/2022**<br>**$5,000.00**<br>**9/23/2022**<br>**$5,000.00**<br>**10/7/2022**<br>**$5,000.00**<br>**10/21/2022**<br>**$5,000.00**<br>**11/4/2022**<br>**$5,000.00**<br>**11/18/2022**<br>**$5,000.00**<br>**12/16/2022**<br>**$5,000.00**<br>**1/27/2023**<br>**$3,000.00**<br>**2/24/2023**<br>**$2,000.00**<br>**3/10/2023**<br>**$2,000.00**<br>**3/24/2023**<br>**$2,500.00**<br>**4/7/2023**<br>**$2,500.00**<br>**4/21/2023**<br>**$2,500.00**<br>**5/5/2023**<br>**$2,500.00** | **$92,000.00** | **Payroll** |
| 4.2. **Acciavatti, Thomas**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **6/14/2022** | **$366.00** | **Expense reimbursement** |
| 4.3. **Bank of America**<br>**1600 JFK Blvd.**<br>**Philadelphia, PA 19103**<br>**Credit Card** | **02/01/2023**<br>**$184.26**<br>**02/09/2023**<br>**$3,000.00**<br>**03/17/2023**<br>**$400.00**<br>**04/13/2023**<br>**$600.00** | **$4,148.26** | **Business expenses charged on**<br>**C. Barlow personal credit card** |

Debtor   **FKB LLC**                                                                Case number *(if known)*   **23-11371**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.   **Barlow, Clifford James**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **5/20/2022**<br>**$4,954.41**<br>**6/3/2022**<br>**$4,954.41**<br>**6/17/2022**<br>**$4,954.41**<br>**7/1/2022**<br>**$4,954.41**<br>**7/15/2022**<br>**$4,954.41**<br>**7/29/2022**<br>**$4,954.41**<br>**8/12/2022**<br>**$4,954.41**<br>**8/26/2022**<br>**$4,954.41**<br>**9/9/2022**<br>**$4,954.41**<br>**9/23/2022**<br>**$4,954.41**<br>**10/7/2022**<br>**$4,954.41**<br>**10/21/2022**<br>**$4,954.41**<br>**11/4/2022**<br>**$4,954.41**<br>**11/18/2022**<br>**$4,954.41**<br>**12/16/2022**<br>**$4,954.41**<br>**2/24/2023**<br>**$2,000.00**<br>**3/24/2023**<br>**$2,500.00**<br>**4/7/2023**<br>**$2,500.00**<br>**4/21/2023**<br>**$2,500.00**<br>**5/5/2023**<br>**$2,500.00** | **$86,316.15** | **Payroll** |
| 4.5.   **Barlow, Clifford James**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **6/13/2022** | **$793.00** | **Expense reimbursement** |

Debtor    **FKB LLC**                                                                  Case number *(if known)*  **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. **CFG Merchant Solutions, LLC** **180 Maiden Lane** **New York, NY 10038** **Prepetition Lender (owner-guaranteed debt)** | **01/20/2023** **$6,205.35** **01/27/2023** **$6,205.35** **02/03/2023** **$6,205.35** **02/10/2023** **$6,205.35** **02/17/2023** **$6,205.35** **02/24/2023** **$6,205.35** **03/03/2023** **$6,205.35** **03/10/2023** **$6,205.35** **03/17/2023** **$6,205.35** **03/24/2023** **$6,205.35** **03/31/2023** **$6,205.35** **04/07/2023** **$6,205.35** **04/14/2023** **$6,205.35** **04/21/2023** **$6,205.35** **04/28/2023** **$6,205.35** **05/05/2023** **$6,205.35** | **$99,285.60** | **Loan repayments** |
| 4.7. **Citizens Bank, N.A.** **One Citizens Plaza** **Providence, RI 02903** **Prepetition Lender (owner-guaranteed debt)** | **12/02/2022** **$5,993.95** **01/04/2023** **$5,993.95** **02/02/2023** **$5,993.95** **03/02/2023** **$5,993.95** **03/15/2023** **$4,875.01** **04/04/2023** **$5,993.95** **04/17/2023** **$4,875.01** **05/02/2023** **$5,993.95** | **$45,713.72** | **Loan repayments** |

Debtor    **FKB LLC**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8.    **City of Philadelph Department of Revenue Municpal Services Building 1401 John F. Kennedy Blvd. Philadelphia, PA 19102** | **05/17/2022 $1,041.67 06/23/2022 $1,041.67 07/13/2022 $1,041.67 08/10/2022 $1,041.67 09/12/2022 $1,014.67 10/06/2022 $1,041.67 11/21/2022 $1,041.67 12/05/2022 $1,041.67 12/28/2022 $1,041.67 01/27/2023 $1,041.67 03/31/2023 $1,041.67 04/01/2023 $1,041.67** | **$12,473.04** | **Debt of B Fabrication, predecessor company** |
| 4.9.    **First-Citizens Bank & Trust Company a/k/a CIT Bank 155 Commerce Way Portsmouth, NH 03801 Prepetition Lender** | **12/15/2022 $4,875.01 01/24/2023 $4,875.01 02/15/2023 $4,875.01** | **$14,625.03** | **Equipment finance (owner-guaranteed debt)** |

Debtor   **FKB LLC**                                          Case number *(if known)*  **23-11371**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10 **Idea 247, Inc.**<br>· **c/o Justin Leto**<br>**200 SE 1st St., Ste. 703**<br>**Miami, FL 33131**<br>**Prepetition Lender (owner-guaranteed debt)** | **06/14/2022**<br>**$588.27**<br>**06/21/2022**<br>**$588.27**<br>**06/28/2022**<br>**$588.27**<br>**07/05/2022**<br>**$588.27**<br>**07/12/2022**<br>**$588.27**<br>**07/19/2022**<br>**$588.27**<br>**07/26/2022**<br>**$588.27**<br>**08/02/2022**<br>**$588.27**<br>**08/09/2022**<br>**$588.27**<br>**08/16/2022**<br>**$588.27**<br>**08/23/2022**<br>**$588.27**<br>**08/30/2022**<br>**$588.27**<br>**09/06/2022**<br>**$588.27**<br>**09/13/2022**<br>**$588.27**<br>**09/20/2022**<br>**$588.27**<br>**09/27/2022**<br>**$588.27**<br>**10/04/2022**<br>**$588.27**<br>**10/11/2022**<br>**$588.27**<br>**10/18/2022**<br>**$588.27**<br>**10/25/2022**<br>**$588.27**<br>**11/01/2022**<br>**$588.27**<br>**11/08/2022**<br>**$588.27**<br>**11/15/2022**<br>**$588.27** | **$13,530.21** | **Loan repayment** |

Debtor    **FKB LLC**                                                                    Case number *(if known)* **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11  **Idea 247, Inc.**<br>·     **c/o Justin Leto**<br>**200 SE 1st St., Ste. 703**<br>**Miami, FL 33131**<br>**Prepetition Lender (owner-guaranteed debt)** | **11/22/2022**<br>**$588.27**<br>**11/29/2022**<br>**$588.27**<br>**12/05/2022**<br>**$588.27**<br>**12/12/2022**<br>**$588.27**<br>**12/19/2022**<br>**$588.27**<br>**12/27/2022**<br>**$588.27**<br>**01/03/2023**<br>**$588.27**<br>**01/10/2023**<br>**$588.27**<br>**01/17/2023**<br>**$588.27**<br>**01/24/2023**<br>**$588.27**<br>**01/31/2023**<br>**$588.27**<br>**02/07/2023**<br>**$588.27**<br>**02/14/2023**<br>**$588.27**<br>**02/21/2023**<br>**$588.27**<br>**02/28/2023**<br>**$588.27**<br>**03/07/2023**<br>**$588.27**<br>**03/14/2023**<br>**$588.27**<br>**03/21/2023**<br>**$588.27**<br>**03/28/2023**<br>**$588.27**<br>**04/04/2023**<br>**$588.27**<br>**04/11/2023**<br>**$588.27**<br>**04/18/2023**<br>**$588.27**<br>**04/25/2023**<br>**$588.27**<br>**05/02/2023**<br>**$588.27** | **$14,118.48** | **Loan repayment** |

Debtor   **FKB LLC**        Case number *(if known)* **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12  **Impact Loan Fund, Inc.**<br>·    **1952 E. Allegheny Avenue**<br>   **Philadelphia, PA 19134**<br>   **Prepetition Lender (owner-guaranteed debt)** | **05/03/2022**<br>**$1,956.61**<br>**06/06/2022**<br>**$1,956.61**<br>**07/12/2022**<br>**$1,956.61**<br>**08/03/2022**<br>**$1,956.61**<br>**09/01/2022**<br>**$1,956.61**<br>**10/03/2022**<br>**$1,956.61**<br>**11/01/2022**<br>**$1,956.61**<br>**12/02/2022**<br>**$1,956.61**<br>**01/03/2023**<br>**$1,956.61**<br>**02/01/2023**<br>**$1,956.61**<br>**03/01/2023**<br>**$1,956.61**<br>**04/05/2023**<br>**$1,956.61**<br>**05/04/2023**<br>**$1,956.61** | **$25,435.93** | **Loan repayment** |
| 4.13  **JPMorgan Chase Bank, N.A.**<br>·    **270 Park Avenue**<br>   **Attn: Legal Dept.**<br>   **New York, NY 10017**<br>   **Credit Card** | **02/10/2023**<br>**$3,000.00**<br>**02/13/2023**<br>**$5,000.00**<br>**02/13/2023**<br>**$4,000.00**<br>**02/23/2023**<br>**$2,000.00**<br>**02/28/2023**<br>**$2,500.00**<br>**03/06/2023**<br>**$2,500.00**<br>**03/28/2023**<br>**$2,000.00**<br>**04/11/2023**<br>**$3,000.00**<br>**04/17/2023**<br>**$2,000.00** | **$26,000.00** | **Business expenses charged on J. Spetrino credit card** |

Debtor    **FKB LLC**                                                                    Case number *(if known)* **23-11371**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.14 · **Manning, Cynthia**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Employee (spouse of an owner)** | **5/20/22**<br>**$3,227.31;**<br>**6/3/22**<br>**$2,884.62;**<br>**6/17/2022**<br>**$2,884.62;**<br>**7/1/22**<br>**$4,084.62;**<br>**7/15/22**<br>**$2,884.62;**<br>**7/29/22**<br>**$2,884.62;**<br>**8/12/22**<br>**$2,884.62;**<br>**8/26/22**<br>**$3,325.75;**<br>**9/9/22**<br>**$3,966.35;**<br>**9/23/22**<br>**$3,461.54;**<br>**10/7/22**<br>**$3,461.54;**<br>**10/21/22**<br>**$3,461.54;**<br>**11/4/22**<br>**$3,461.54;**<br>**11/18/22**<br>**$3,461.54;**<br>**12/2/22**<br>**$4,061.54;**<br>**12/16/22**<br>**$4,511.54;**<br>**12/30/22**<br>**$3,461.54;**<br>**1/13/23**<br>**$3,461.54;**<br>**1/27/23**<br>**$3,461.54;**<br>**2/10/23**<br>**$3,461.54;**<br>**2/24/23**<br>**$3,461.54;**<br>**3/10/23**<br>**$3,461.54;**<br>**3/24/23**<br>**$3,461.54;**<br>**4/7/23**<br>**$3,461.54;**<br>**4/21/23**<br>**$5,461.54;**<br>**5/5/23**<br>**$5,461.54** | **$93,523.31** | **Payroll** |

Debtor   **FKB LLC**                                                                 Case number *(if known)* **23-11371**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.15<br>· | **Manning, Cynthia<br>c/o FKB LLC<br>2001 Kitty Hawk Avenue<br>Building 900<br>Philadelphia, PA 19112<br>Employee (spouse of an owner)** | **06/14/2022<br>$366.00<br>06/23/2022<br>$213.50<br>07/05/2022<br>$1,504.15<br>07/06/2022<br>$33,039.26<br>07/29/2022<br>$2,219.07<br>02/09/2023<br>$12,500.00<br>03/02/2023<br>$5,000.00** | **$54,841.98** | **Expense reimbursement** |
| 4.16<br>· | **Mitsubishi HC Capital America, Inc.<br>7201 Metro Boulevard<br>Suite 800<br>Minneapolis, MN 55439<br>Prepetition Lender (owner-guaranteed debt)** | **10/07/2022<br>$10,341.00<br>11/01/2022<br>$4,871.00<br>12/01/2022<br>$4,871.00<br>01/03/2023<br>$4,871.00<br>02/01/2023<br>$4,871.00<br>03/01/2023<br>$4,871.00<br>04/01/2023<br>$4,871.00<br>05/01/2023<br>$4,871.00** | **$44,438.00** | **Equipment finance** |
| 4.17<br>· | **NU Direction Lending, LLC<br>a/k/a Credibility<br>2655 Interplex Drive<br>Suite 104<br>Trevose, PA 19053<br>Prepetition Lender (owner-guaranteed debt)** | **06/23/2022<br>$12,920.33<br>07/25/2022<br>$12,920.33<br>08/23/2022<br>$12,920.33<br>09/23/2022<br>$12,920.33<br>10/24/2022<br>$12,920.33<br>11/23/2022<br>$12,920.33<br>12/22/2022<br>$12,920.33<br>01/23/2023<br>$12,920.33<br>02/23/2023<br>$12,920.33<br>03/23/2023<br>$12,920.33<br>04/24/2023<br>$12,920.33** | **$142,123.63** | **Loan repayment** |

Debtor    **FKB LLC**     Case number *(if known)* **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.18 **PNC Bank, N.A.** · **510 N. 6th St.** **Philadelphia, PA 19123** | **05/12/2022** **$1,500.00** **05/23/2022** **$200.00** **06/08/2022** **$1,000.00** **06/22/2022** **$169.00** **07/08/2022** **$1,000.00** **07/22/2022** **$200.00** **08/16/2022** **$1,200.00** **08/19/2022** **$200.00** **09/16/2022** **$1,000.00** **09/21/2022** **$200.00** **10/07/2022** **$1,000.00** **11/14/2022** **$374.00** **11/14/2022** **$1,118.00** **12/09/2022** **$1,106.00** **12/27/2022** **$379.00** **04/10/2023** **$1,200.00** | **$11,846.00** | **Debt of FK Productions, predecessor company** |

Debtor    **FKB LLC**                                                                      Case number *(if known)*  **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.19 **Retail Capital LLC**<br>· **dba Credibly**<br>**25200 Telegraph Rd., Suite 350**<br>**Southfield, MI 48033**<br>**Prepetition Lender (owner-guaranteed debt)** | **09/22/2022**<br>**$10,349.02**<br>**10/11/2022**<br>**$4,575.00**<br>**10/17/2022**<br>**$4,575.00**<br>**10/24/2022**<br>**$4,575.00**<br>**10/31/2022**<br>**$4,575.00**<br>**11/07/2022**<br>**$4,575.00**<br>**11/15/2022**<br>**$3,737.51**<br>**11/15/2022**<br>**$4,575.00**<br>**11/21/2022**<br>**$4,575.00**<br>**11/28/2022**<br>**$4,575.00**<br>**12/05/2022**<br>**$4,575.00**<br>**12/12/2022**<br>**$4,575.00**<br>**12/19/2022**<br>**$4,575.00**<br>**12/27/2022**<br>**$4,575.00**<br>**01/03/2023**<br>**$4,575.00**<br>**01/06/2023**<br>**$4,575.00** | **$78,136.53** | **Loan repayment** |

Debtor   **FKB LLC**                                                        Case number *(if known)* **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.20 **Retail Capital LLC** **dba Credibly** **25200 Telegraph Rd., Suite 350** **Southfield, MI 48033** **Prepetition Lender (owner-guaranteed debt)** | **01/13/2023** **$4,575.00** **01/20/2023** **$4,575.00** **01/27/2023** **$4,575.00** **02/03/2023** **$4,575.00** **02/10/2023** **$4,575.00** **02/17/2023** **$4,575.00** **02/24/2023** **$4,575.00** **03/03/2023** **$4,575.00** **03/10/2023** **$4,575.00** **03/10/2023** **$4,575.00** **03/17/2023** **$4,575.00** **03/24/2023** **$4,575.00** **03/31/2023** **$4,575.00** **04/07/2023** **$4,575.00** **04/14/2023** **$4,575.00** **04/21/2023** **$4,575.00** **04/28/2023** **$4,575.00** **05/05/2023** **$4,575.00** | **$82,350.00** | **Loan repayment** |

Debtor    **FKB LLC**                                                    Case number *(if known)*  **23-11371**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.21 **Spetrino, John**<br>· **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **5/20/2022**<br>**$4,394.78**<br>**6/3/2022**<br>**$4,394.78**<br>**6/17/2022**<br>**$4,394.78**<br>**7/1/2022**<br>**$5,137.92**<br>**7/15/2022**<br>**$4,394.78**<br>**7/29/2022**<br>**$4,394.78**<br>**8/12/2022**<br>**$4,394.78**<br>**8/26/2022**<br>**$3,692.31**<br>**9/9/2022**<br>**$4,394.78**<br>**9/23/2022**<br>**$4,394.78**<br>**10/7/2022**<br>**$4,394.78**<br>**10/21/2022**<br>**$4,394.78**<br>**11/4/2022**<br>**$4,394.78**<br>**11/18/2022**<br>**$3,692.31**<br>**12/16/2022**<br>**$4,394.78**<br>**2/24/2023**<br>**$2,000.00**<br>**3/24/2023**<br>**$2,500.00**<br>**4/7/2023**<br>**$2,500.00**<br>**4/21/2023**<br>**$2,925.50**<br>**5/5/2023**<br>**$2,500.00** | **$77,685.40** | **Payroll** |
| 4.22 **Spetrino, John**<br>· **c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112**<br>**Member** | **05/23/2022**<br>**$9,960.73**<br>**06/16/2022**<br>**$732.00**<br>**08/29/2022**<br>**$327.75**<br>**04/10/2023**<br>**$296.00** | **$11,316.48** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

Debtor    **FKB LLC**                                              Case number *(if known)* **23-11371**

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Dylan Beskwith v. FKB, LLC**<br>**EEOC Claim No.**<br>**530-2023-03529** | **Alleged employment discrimination** | **Equal Employment Opportunity Commission US EEOC ADR Unit 801 Market Street, Suite 1000 Philadelphia, PA 19108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **FKB LLC**                                                    Case number *(if known)* **23-11371**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Archer & Greiner, P.C. Three Logan Square 1717 Arch Street, Suite 3500 Philadelphia, PA 19103 | | 4/18/2023 $50,000.00 4/18/2023 $1,738.00 5/5/2023 $35,000.00 | $86,738.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. SC&H Group, Inc. 910 Ridgebrook Road Sparks, MD 21152 | | 4/19/2023 $30,000.00 5/5/2023 $10,000.00 5/10/2023 $15,000.00 | $55,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 238 W. Cambria St. Philadelphia, PA 19144 | |

**Part 8:**   Health Care Bankruptcies

Debtor    **FKB LLC**                                              Case number *(if known)* **23-11371**

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| | | | |

---

Debtor    **FKB LLC**                                                              Case number *(if known)*  **23-11371**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Plaza American 2800 LLC 2727 N. American St. Philadelphia, PA 19133** | **Ray Pastrana** | **Certain estate property, including Hyster Forklift and a red 3 phase compressor, remain at the Debtor's former leased premises. The Debtor is working to have these items turned over.** | ☐ No ☑ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

---

| Debtor | FKB LLC | Case number *(if known)* 23-11371 |

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Hard Six LLC**<br>**c/o Ballard Spahr LLP**<br>**919 N. Market Street, 11th Floor**<br>**Wilmington, DE 19801** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | **May 16, 2023** | |

| Name and address of the person who has possession of inventory records |
|---|
| **FKB LLC**<br>**2001 Kitty Hawk Ave.**<br>**Building 990**<br>**Philadelphia, PA 19112** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **FKB LLC**                                                       Case number *(if known)*   **23-11371**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clifford James Barlow** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Manager, Member, Chief Executive Officer** | **33.33** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Spetrino** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building900 Philadelphia, PA 19112** | **Member** | **33.33** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Acciavatti** | **c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **Member** | **33.33** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **FKB LLC**                                                                    Case number *(if known)*  **23-11371**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | 5/20/2022<br>$5,000.00<br>6/3/2022<br>$5,000.00<br>6/17/2022<br>$5,000.00<br>7/1/2022<br>$5,000.00<br>7/15/2022<br>$5,000.00<br>7/29/2022<br>$5,000.00<br>8/12/2022<br>$5,000.00<br>8/26/2022<br>$5,000.00<br>9/9/2022<br>$5,000.00<br>9/23/2022<br>$5,000.00<br>10/7/2022<br>$5,000.00<br>10/21/2022<br>$5,000.00<br>11/4/2022<br>$5,000.00<br>11/18/2022<br>$5,000.00<br>12/16/2022<br>$5,000.00<br>1/27/2023<br>$3,000.00<br>2/24/2023<br>$2,000.00<br>3/10/2023<br>$2,000.00<br>3/24/2023<br>$2,500.00<br>4/7/2023<br>$2,500.00<br>4/21/2023<br>$2,500.00<br>5/5/2023<br>$2,500.00 | |
| | **Acciavatti, Thomas**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **$92,000.00** | | **Payroll** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2. | **Acciavatti, Thomas**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **$366.00** | **06/14/2022** | **Expense reimbursement** |
| | **Relationship to debtor**<br>**Member** | | | |

Debtor    **FKB LLC**                                                     Case number *(if known)*  **23-11371**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | | 5/20/2022 $4,954.41 6/3/2022 $4,954.41 6/17/2022 $4,954.41 7/1/2022 $4,954.41 7/15/2022 $4,954.41 7/29/2022 $4,954.41 8/12/2022 $4,954.41 8/26/2022 $4,954.41 9/9/2022 $4,954.41 9/23/2022 $4,954.41 10/7/2022 $4,954.41 10/21/2022 $4,954.41 11/4/2022 $4,954.41 11/18/2022 $4,954.41 12/16/2022 $4,954.41 2/24/2023 $2,000.00 3/24/2023 $2,500.00 4/7/2023 $2,500.00 4/21/2023 $2,500.00 5/5/2023 $2,500.00 | |
| | **Barlow, Clifford James c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **$86,316.15** | | **Payroll** |
| | **Relationship to debtor Member** | | | |
| 30.4. | **Barlow, Clifford James c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **$793.00** | **06/13/2022** | **Expense reimbursement** |
| | **Relationship to debtor Member** | | | |

Debtor    **FKB LLC**                                                              Case number *(if known)*  **23-11371**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | 5/20/2022<br>$3,227.31<br>6/3/2022<br>$2,884.62<br>6/17/2022<br>$2,884.62<br>7/1/2022<br>$4,084.62<br>7/15/2022<br>$2,884.62<br>7/29/2022<br>$2,884.62<br>8/12/2022<br>$2,884.62<br>8/26/2022<br>$3,325.75<br>9/9/2022<br>$3,966.35<br>9/23/2022<br>$3,461.54<br>10/7/2022<br>$3,461.54<br>10/21/2022<br>$3,461.54<br>11/4/2022<br>$3,461.54<br>11/18/2022<br>$3,461.54<br>12/2/2022<br>$4,061.54<br>12/16/2022<br>$4,511.54<br>12/30/2022<br>$3,461.54<br>1/13/2023<br>$3,461.54<br>1/27/2023<br>$3,461.54<br>2/10/2023<br>$3,461.54<br>2/24/2023<br>$3,461.54<br>3/10/2023<br> | |
| | **Manning, Cynthia**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **$93,523.31** | $3,461.54<br>3/24/2023<br>$3,461.54<br>4/7/2023<br>$3,461. | **Payroll** |
| | **Relationship to debtor**<br>**Employee (spouse of one owner)** | | | |

Debtor    **FKB LLC**                                                      Case number *(if known)* **23-11371**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. | | **06/14/2022** **$366.00** **06/23/2022** **$213.50** **07/05/2022** **$1,504.15** **07/06/2022** **$33,039.26** **07/29/2022** **$2,219.07** **02/09/2023** **$12,500.00** **03/02/2023** **$5,000.00** | |
| **Manning, Cynthia c/o FKB LLC 2001 Kitty Hawk Avenue Building 900 Philadelphia, PA 19112** | **$54,841.98** | | **Expense reimbursement** |

**Relationship to debtor**
**Employee (spouse of one owner)**

Debtor  **FKB LLC**                                               Case number *(if known)*  **23-11371**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | | | 5/20/2022<br>$4,394.78<br>6/3/2022<br>$4,394.78<br>6/17/2022<br>$4,394.78<br>7/1/2022<br>$5,137.92<br>7/15/2022<br>$4,394.78<br>7/29/2022<br>$4,394.78<br>8/12/2022<br>$4,394.78<br>8/26/2022<br>$3,692.31<br>9/9/2022<br>$4,394.78<br>9/23/2022<br>$4,394.78<br>10/7/2022<br>$4,394.78<br>10/21/2022<br>$4,394.78<br>11/4/2022<br>$4,394.78<br>11/18/2022<br>$3,692.31<br>12/16/2022<br>$4,394.78<br>2/24/2023<br>$2,000.00<br>3/24/2023<br>$2,500.00<br>4/7/2023<br>$2,500.00<br>4/21/2023<br>$2,925.50<br>5/5/2023<br>$2,500.00 | |
| | **Spetrino, John**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **$77,685.40** | | **Payroll** |
| | Relationship to debtor<br>**Member** | | | |
| 30.8. | | | 05/23/2022<br>$9,960.73<br>06/16/2022<br>$732.00<br>08/29/2022<br>$327.75<br>04/10/2023<br>$296.00 | |
| | **Spetrino, John**<br>**c/o FKB LLC**<br>**2001 Kitty Hawk Avenue**<br>**Building 900**<br>**Philadelphia, PA 19112** | **$11,316.48** | | **Expense reimbursement** |
| | Relationship to debtor<br>**Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **FKB LLC**    Case number *(if known)*  **23-11371**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  9, 2023**

**/s/ Clifford James Barlow**                    **Clifford James Barlow**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes